B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of Texas-Lufkin Division

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Crown Ranch Development, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Crown Ranch** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-8304626** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6004 S. First Street**<br>**Lufkin, TX**<br>ZIP Code **75901-8558** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Angelina** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **Montgomery & Grimes County** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ■ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Crown Ranch Development, Ltd.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Crown Ranch Development, Ltd. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney*

X /s/ Michael J. Durrschmidt
Signature of Attorney for Debtor(s)

**Michael J. Durrschmidt 06287650**
Printed Name of Attorney for Debtor(s)

**Hirsch & Westheimer, P.C.**
Firm Name

**Bank of America Center
700 Louisiana, 25th Floor
Houston, TX 77002**
Address

Email: mdurrschmidt@hirschwest.com
**(713) 220-9165  Fax: (713) 223-9319**
Telephone Number

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Harold L. Estes
Signature of Authorized Individual

**Harold L. Estes**
Printed Name of Authorized Individual

**President of Estex, Inc., General Partner of Debtor**
Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# PARTNER'S CERTIFICATE
# AUTHORIZING BANKRUPTCY FILING

BEFORE ME, the undersigned authority, appeared Harold L. Estes, President of Estex, Inc., ("**General Partner**" or the "**Corporation**") the General Partner of Crown Ranch Development, Ltd., a Texas limited partnership, and being duly sworn and upon his oath does hereby certify as to the following matters:

1. Crown Ranch Development, Ltd., a Texas limited partnership, (the "**Partnership**") exists pursuant to that certain Limited Partnership Agreement filed on December 20, 2006 (File # 800749365) (the "**Partnership Agreement**").

2. The Partnership Agreement is in full force and effect on this date and constitutes the complete agreement between the partners with respect to the Partnership, and no amendments or modifications have been entered into relating to the Partnership Agreement, whether oral or written.

3. The Partnership has not been dissolved or terminated and no proceedings of dissolution or termination are contemplated or expected.

4. No default or event which with the passage of time or the giving of notice, or both, would constitute a default under the Partnership Agreement has occurred.

5. The General Partner is the sole general partner of the Partnership and acting without any other general partner of the Partnership may validly bind the Partnership by its action.

RESOLVED, that Harold L. Estes, the President of the Corporation, is authorized and directed on behalf of the Corporation as general partner of the Partnership to execute and cause to be filed the Partnership's Petition for Chapter 11 relief under Title 11 of the United States Code (the "**Chapter 11 Case**") and all of the necessary papers in connection there with, in the United States Bankruptcy Court for the Eastern District of Texas, Lufkin Division, and further to such end, to do any other acts, execute all necessary documents and take any other steps in the name of and on behalf of the Partnership as are necessary or appropriate to obtaining such relief as may be available in and during the Chapter 11 Case; and

RESOLVED, that Harold L. Estes, as President of the Corporation, shall, to the extent necessary, authorize the Partnership to retain the services of professionals to assist the Partnership in preparing and filing the Chapter 11 Case and to represent and assist the Partnership in carrying out its duties in the Chapter 11 Case and is hereby authorized and directed to take appropriate actions to retain said professionals and to execute appropriate

retention agreements and pay appropriate retainers prior to the filing the Chapter 11 Case, and, immediately upon the filing of the Chapter 11 Case, to file or cause to be filed an appropriate application or applications with the Bankruptcy Court for authority to retain the services of professionals for said purposes. The said professionals consist of the following named firms, believed to be properly qualified to acts as professionals in the Chapter 11 Case: Hirsch & Westheimer, P.C. in connection with the bankruptcy filing and reorganization efforts; Mahaffey Weber in connection with the prosecution of the appeal of the Cromwell judgment; and the Zeleskey Law Firm, PLLC in connection with various state court litigation which maybe removed to the Bankruptcy Court or to which the automatic stay may be inapplicable or lifted. Said professionals are to be compensated for their services and expenses on the basis of prior agreements and/or their usual and customary fees and expenses, including retainers, subject to the approval of the Bankruptcy Court; and

RESOLVED, that Harold L. Estes, as President of the Corporation, is hereby authorized, upon consultation with such persons (including professionals), as he may deem appropriate and proper, to file or cause to be filed, applications for authority to retain the services of other professionals for specified purposes.

RESOLVED, that Harold L. Estes is hereby authorized to assist with the completion of the schedules and statement of financial affairs; to assist with seeking court approval of motions, including but not limited to "first day motions," emergency motions and routine motions; to evaluate, provide information for, assist in developing a Chapter 11 Plan of Reorganization and providing information for inclusion of a Disclosure Statement; and to assist with the management of the company and retention of professionals of the Corporation.

RESOLVED, that Harold L. Estes, shall, to the extent necessary, assist the Corporation and the Partnership in insuring the timely filing of any legal activity as to the Chapter 11 case and to monitor and coordinate any and all communication between the Debtor, creditors, and U.S. Trustee.

I DO FURTHER CERTIFY that Harold L. Estes is the President of the Corporation which is the General Partner of the Partnership and is the Secretary of the Corporation and each is duly elected, qualified and acting as such, respectively.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Seal of the Corporation as of February_____, 2011.

_____
Secretary

I, Harold L. Estes, President of said Corporation, do hereby certify that the foregoing is a correct copy of the resolutions passed by the Board of Directors of the Corporation and that Harold L. Estes is Secretary of the Corporation and is duly authorized to attest to the passage of said resolutions.

Estex, Inc.

By:_____
Harold L. Estes, President

THE STATE OF TEXAS    §
                      §
COUNTY OF HARRIS      §

This instrument was acknowledge before me on this 18th day of February, 2011, by Harold L. Estes, President of Estex, Inc. for and on behalf of said corporation.

_____
NOTARY PUBLIC, IN AND FOR
THE STATE OF TEXAS

THERESA RICHEY
Notary Public
State of Texas
My Commission Expires
7-14-2013

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Texas-Lufkin Division

In re   Crown Ranch Development, Ltd.                                    Case No. _____
                                    Debtor(s)                            Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MSEC Enterprises, Inc. PO Box 970 Navasota, TX 77868 | MSEC Enterprises, Inc. PO Box 970 Navasota, TX 77868 | Materials for water installation on Crown Ranch Section III | | 107,321.12 |
| O'Day Drilling Company Inc. 5923 CR 931 Rosharon, TX 77583 | O'Day Drilling Company Inc. 5923 CR 931 Rosharon, TX 77583 | Well driller | | 49,810.00 |
| Consumer Gas Company 9750 FM 1488 Magnolia, TX 77354 | Consumer Gas Company 9750 FM 1488 Magnolia, TX 77354 | installation of gas lines | | 46,388.10 |
| Moltz, Morton & O'Toole 106 E. 6th Street, Suite 700 Austin, TX 78701 | Moltz, Morton & O'Toole 106 E. 6th Street, Suite 700 Austin, TX 78701 | legal services | | 35,522.06 |
| Kane Russell Coleman and Logan 1601 Elm Street, Suite 3700 Dallas, TX 75201 | Kane Russell Coleman and Logan 1601 Elm Street, Suite 3700 Dallas, TX 75201 | legal fees | Contingent Unliquidated Disputed | 18,699.50 |
| M&E Enterprises, Inc. 9734 Clubhouse Cir. Magnolia, TX 77354 | M&E Enterprises, Inc. 9734 Clubhouse Cir. Magnolia, TX 77354 | payroll for Michael Weingrad. He is an independent contractor. | | 18,000.00 |
| Moyer Surveying 3706 W. Davis St. Conroe, TX 77304 | Moyer Surveying 3706 W. Davis St. Conroe, TX 77304 | Surveying | | 17,590.63 |
| Entergy PO Box 8107 Baton Rouge, LA 70891 | Entergy PO Box 8107 Baton Rouge, LA 70891 | Completion of electric to Crown Ranch Section III | | 10,000.00 |
| Signad, Inc PO Box 8626 Houston, TX 77249 | Signad, Inc PO Box 8626 Houston, TX 77249 | Billboards | | 9,015.00 |
| Todd Mission Corner, LLC 6004 S. First Street Lufkin, TX 75901 | Todd Mission Corner, LLC 6004 S. First Street Lufkin, TX 75901 | rent collector for Crown Ranch | | 6,896.76 |
| Woodforest National Bank P.O. Box 790408 Saint Louis, MO 63179 | Woodforest National Bank P.O. Box 790408 Saint Louis, MO 63179 | credit card for various working expenses | | 6,488.76 |

B4 (Official Form 4) (12/07) - Cont.

In re    Crown Ranch Development, Ltd.                                    Case No.  _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Estes Refineries LLC<br>PO Box 1502<br>Magnolia, TX 77353 | Estes Refineries LLC<br>PO Box 1502<br>Magnolia, TX 77353 | Payroll for Eric Estes for January 2011. He is an independent contractor. | | 5,000.00 |
| Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896 | Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896 | Billboards | | 4,128.00 |
| Comcast Spotlight, Inc.<br>PO Box 840520<br>Dallas, TX 75284 | Comcast Spotlight, Inc.<br>PO Box 840520<br>Dallas, TX 75284 | advertising | | 3,246.16 |
| Greenstone Landscape<br>PO Box 669<br>Magnolia, TX 77353 | Greenstone Landscape<br>PO Box 669<br>Magnolia, TX 77353 | Grass, dirt work, landscaping | | 3,239.94 |
| Axley & Rode, LLP<br>PO Box 1388<br>Lufkin, TX 75902 | Axley & Rode, LLP<br>PO Box 1388<br>Lufkin, TX 75902 | accounting/tax prep services | | 2,915.52 |
| John Gannon, Inc.<br>525 Park Grove<br>Katy, TX 77450 | John Gannon, Inc.<br>525 Park Grove<br>Katy, TX 77450 | advertising | | 2,877.92 |
| Gravity Digital<br>12603 Hwy 105 West, Suite 204<br>Conroe, TX 77304 | Gravity Digital<br>12603 Hwy 105 West, Suite 204<br>Conroe, TX 77304 | Internet host, web design | | 1,176.75 |
| Bobby W. Holder<br>PO Box 143<br>Dobbin, TX 77333 | Bobby W. Holder<br>PO Box 143<br>Dobbin, TX 77333 | Billboard work | | 1,000.00 |
| Imperial Credit Corporation<br>PO Box 200455<br>Dallas, TX 75320 | Imperial Credit Corporation<br>PO Box 200455<br>Dallas, TX 75320 | insurance | | 846.86 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of Estex, Inc., General Partner of Debtor of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____        Signature _____
                                                     Harold L. Estes
                                                     President of Estex, Inc., General Partner of Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Texas-Lufkin Division

In re   Crown Ranch Development, Ltd.
                    Debtor(s)

Case No.
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of Estex, Inc., General Partner of Debtor of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____   Signature _____
                                Harold L. Estes
                                President of Estex, Inc., General Partner of Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.