# United States Bankruptcy Court
## Eastern District of Texas-Lufkin Division

In re    **Crown Ranch Development, Ltd.**             ,     Case No. _____

                                Debtor                 Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 24,839.00 | | |
| B - Personal Property | Yes | 4 | 446,771.18 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 20,573,419.10 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 23,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 936,098.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 471,610.18 | | |
| Total Liabilities | | | | 21,532,517.26 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Eastern District of Texas-Lufkin Division

In re    **Crown Ranch Development, Ltd.**            ,     Case No. _____

                                 Debtor          Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **Crown Ranch Development, Ltd.**                                    Case No. _____

                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **See Attached**<br>**Valuation based on estimated market value as follows: South Track (undeveloped) 1938 acres at $5,500 per acre for a total of $9,695,000.00 and remaining North Track (developed) 1262 acres at $12,500 per acre for a total of $15,144,000.00** | | - | 24,839.00 | 0.00 |

| | | |
|---|---|---|
| Sub-Total > | 24,839.00 | (Total of this page) |
| Total > | 24,839.00 | |

  **0**    continuation sheets attached to the Schedule of Real Property

                          (Report also on Summary of Schedules)

**TRACT 1:**

Being 1936.077 acres of land, more or less, in the William Montgomery Survey-, A-43, Grimes County, Texas; the A.M. Devereaux Survey, A-182, Grimes County, Texas, the Charles Weaver Survey, A-642, Montgomery County, Texas and A-462, Grimes County, Texas; the Alexander Robblis Survey, A-464, Montgomery County, Texas and A-400, Grimes County, Texas and the Joseph G. Ferguson Survey, A-221, Montgomery County, Texas; SAVE AND EXCEPT the property below in Sections, 1, 2, 3, 4, 5 and 6. Said 1936.077 acre tract is more particularly described by metes and bounds in Exhibit "A" attached hereto.

EXCLUSIONS:

<u>**Section One**</u>

All those certain lots, tracts or parcels of land lying and situated in Montgomery County, Texas and being the following listed lots of the Crown Ranch Subdivision, Crown Ranch Sections One, One-A and/or One-B, Amending Plat No. 1, a Subdivision of Montgomery County, Texas, as the same appears upon the official map or plat, which is of record in Cabinet Z, Sheet 755-759, Sheet 762-763, and Sheet 1714, of the Map and Plat Records of Montgomery County, Texas, to which reference is hereby made for any and all purposes:

    Crown Ranch Block 1, Lot 3, Section 1
    Crown Ranch Block 1, Lot 3, Section 1
    Crown Ranch Block 1, Lot 9, Section 1
    Crown Ranch Block 3, Lot 1, Section 1
    Crown Ranch Block 8, Lot 1, Section 1
    Crown Ranch Block 8, Lot 3, Section 1
    Crown Ranch Block 8, Lot 4, Section 1
    Crown Ranch Block 1, Lot 15, Section 1
    S357400 Crown Ranch Section 1 Res A
    S357400 Crown Ranch Section 1 Res B
    S357400 Crown Ranch Section 1 Res C
    S357400 Crown Ranch Section 1 Res D
    S357400 Crown Ranch Section 1 Res F
    S357400 Crown Ranch Section 1 Res G

<u>**Section Two**</u>

All those certain lots, tract or parcels of land lying and situated in Grimes County, Texas and being the following listed lots of the Crown Ranch Subdivision, Crown Ranch Section Two, a Subdivision in Grimes County, Texas, as the same

appears Volume 1242, Page 17, of the Real Property Records of Grimes County, Texas, to which reference is hereby made for any and all purposes:

Crown Ranch Block 1, Lot 16, Section 2
Crown Ranch Block 1, Lot 26, Section 2
Crown Ranch Block 1, Lot 28, Section 2
Crown Ranch Block 1, Lot 29, Section 2
Crown Ranch Block 1, Lot 31, Section 2
Crown Ranch Block 1, Lot 32, Section 2
Crown Ranch Block 1, Lot 38, Section 2
Crown Ranch Block 1, Lot 52, Section 2
Crown Ranch Block 1, Lot 54, Section 2
Crown Ranch Block 1, Lot 55, Section 2
Crown Ranch Block 1, Lot 56, Section 2
Crown Ranch Block 1, Lot 57, Section 2
Crown Ranch Block 1, Lot 58, Section 2
Crown Ranch Block 1, Lot 59, Section 2
Crown Ranch Block 1, Lot 60, Section 2
Crown Ranch Block 1, Lot 61, Section 2
Crown Ranch Block 1, Lot 65, Section 2
Crown Ranch Block 1, Lot 66, Section 2
Crown Ranch Block 1, Lot 67, Section 2
Crown Ranch Block 2, Lot 13, Section 2
Crown Ranch Block 2, Lot 14, Section 2
Crown Ranch Block 2, Lot 15, Section 2
S3510 Crown Ranch Section 2 Reserve A

## Section Three

All those certain lots, tracts or parcels of land lying and situated in Montgomery County, Texas and being the following listed lots of the Crown Ranch Subdivision, Crown Ranch Section Three, Amending Plat No. 1, a Subdivision of Montgomery County, Texas, as the same appears upon the official map or plat, which is of record in Cabinet Z, Sheet 1208, Map and Plat Records of Montgomery County, Texas, to which reference is hereby made for any and all purposes:

Crown Ranch Block 1 Lot 2 Section 3
Crown Ranch Block 1 Lot 6 Section 3
Crown Ranch Block 2 Lot 1 Section 3
Crown Ranch Block 2 Lot 2 Section 3
Crown Ranch Block 2 Lot 3 Section 3
Crown Ranch Block 2 Lot 4 Section 3
Crown Ranch Block 2 Lot 5 Section 3
Crown Ranch Block 2 Lot 7 Section 3
Crown Ranch Block 2 Lot 8 Section 3
Crown Ranch Block 2 Lot 9 Section 3
Crown Ranch Block 2 Lot 10 Section 3
Crown Ranch Block 2 Lot 14 Section 3
Crown Ranch Block 2 Lot 15 Section 3
Crown Ranch Block 2 Lot 16 Section 3
Crown Ranch Block 2 Lot 21 Section 3

Crown Ranch Block 2 Lot 23 Section 3
Crown Ranch Block 2 Lot 27 Section 3
Crown Ranch Block 2 Lot 28 Section 3
Crown Ranch Block 2 Lot 29 Section 3
Crown Ranch Block 2 Lot 30 Section 3
Crown Ranch Block 2 Lot 33 Section 3
Crown Ranch Block 2 Lot 34 Section 3
Crown Ranch Block 2 Lot 45 Section 3
Crown Ranch Block 2 Lot 46 Section 3
Crown Ranch Block 4 Lot 7 Section 3
Crown Ranch Block 4 Lot 10 Section 3
S357403 Crown Ranch Section 3 Res A
S357403 Crown Ranch Section 3 Res B
S357403 Crown Ranch Section 3 Res C
S357403 Crown Ranch Section 3 Res D
S357403 Crown Ranch Section 3 Res E
S357403 Crown Ranch Section 3 Res F
S357403 Crown Ranch Section 3 Res G
S357403 Crown Ranch Section 3 Res H
S357403 Crown Ranch Section 3 Res I

## Section Four

All those certain lots, tract or parcels of land lying and situated in Grimes County, Texas and being the following listed lots of the Crown Ranch Subdivision, Crown Ranch Section Four, a Subdivision in Grimes County, Texas, as the same appears Volume 1333, Page 643, of the Real Property Records of Grimes County, Texas, to which reference is hereby made for any and all purposes:

Crown Ranch Block 2 Lot 6 Section 4
Crown Ranch Block 2 Lot 3 Section 4
Crown Ranch Block 2 Lot 2 Section 4
Crown Ranch Block 2 Lot 1 Section 4
S3514 Crown Ranch Section 4 Res A

## Section Five

Being 47.324 acres of land situated in the A.M. Devereaux Survey, A-182, and the Charles Weaver Survey, A-482, Grimes County, Texas, and being out of Crown Ranch Development, LTD. 1936.077 acres of land as described in deed recorded in Volume 1215, Page 249 of the Real Property Records of Grimes County, Texas, said 47.324 acres being more particularly described by metes and bounds as follows:

BEGINNING at a 5/8 inch iron rod with survey cap (Moyer) set for the north corner of Restricted Reserve "A", Crown Ranch Section Four, according to the map or plat thereof recorded in Volume 1333, Page 643 of the Real Property Records of Grimes County, Texas, same being an interior southeasterly corner and POINT OF BEGINNING of the herein described tract;

THENCE South 67 degrees 04 minutes 29 seconds West, along the north boundary line of said Restricted Reserve "A" and Lot 1, Block 2, of said Crown Ranch Section Four, same being the south boundary line of the herein described tract, a distance of 297.26 feet to a 5/8 inch iron rod with survey cap (Moyer) set for the common corner of said Lot 1 and Lot 2, Block 2 of said Crown Ranch and an angle point of the herein described tract;

THENCE South 81 degrees 18 minutes 17 seconds West, along the north boundary line of said Lot 2 and continuing along the south boundary line of the herein described tract, a distance of 191.94 feet to a 5/8 inch iron rod with survey cap (Moyer) set for the common corner of said Lot 2 and Lot 3 of said Crown Ranch and an angle point of the herein described tract;

THENCE North 85 degrees 43 minutes 51 seconds West, along the north boundary line of said Lot 3 and continuing along the south boundary line of the herein described tract, a distance of 191.90 feet to a 5/8 inch iron rod with survey cap (Moyer) set for the common corner of said Lot 3 and Lot 4 of said Crown Ranch and an angle point of the herein described tract;

THENCE North 72 degrees 40 minutes 16 seconds West, along the north boundary line of said Lot 4 and continuing along the south boundary line of the herein described tract, a distance of 223.53 feet to a 5/8 inch iron rod with survey cap (Moyer) set for the common corner of said Lot 4 and Lot 5 of said Crown Ranch and an angle point of the herein described tract;

THENCE North 65 degrees 27 minutes 23 seconds West, along the north boundary line of said Lot 5 and continuing along the south boundary line of the herein described tract, a distance of 224.47 feet to a 5/8 inch iron rod with survey cap (Moyer) set for the common corner of said Lot 5 and Lot 6 of said Crown Ranch and an angle point of the herein described tract;

THENCE North 54 degrees 42 minutes 07 seconds West, along the northeast boundary line of said Lot 6 and continuing along the south boundary line of the herein described tract, a distance of 218.27 feet to a 5/8 inch iron rod with survey cap (Moyer) set for the common corner of said Lot 6 and Lot 7 of said Crown Ranch and an angle point of the herein described tract;

THENCE North 17 degrees 50 minutes 59 seconds West, along the northeast boundary line of said Lot 7 and the west boundary line of the herein described tract, a distance of 224.47 feet to a 5/8 inch iron rod with survey cap (Moyer) set for the common corner of said Lot 7 and Lot 8 of said Crown Ranch and an angle point of the herein described tract;

THENCE North 11 degrees 21 minutes 40 seconds West, along the northeast boundary line of said Lot 8 and continuing along the west boundary line of the herein described tract; a distance of 277.50 feet to a 5/8 inch iron rod with survey cap

(Moyer) set for the northeast corner of said Lot 8 and the northwest corner of the herein described tract;

THENCE North 66 degrees 50 minutes 53 seconds East, severing the said 1936.077 acres of land along the north boundary line of the herein described tract, a distance of 255.61 feet to an angle point;

THENCE North 67 degrees 58 minutes 57 seconds East, continuing along the north boundary line of the herein described tract, a distance of 545.24 feet to an angle point;

THENCE North 68 degrees 30 minutes 47 seconds East, continuing along the north boundary line of the herein described tract, a distance of 418.41 feet to an angle point;

THENCE North 73 degrees 40 minutes 51 seconds East, continuing along the north boundary line of the herein described tract, a distance of 475.30 feet to an angle point;

THENCE North 67 degrees 51 minutes 54 seconds East, continuing along the north boundary line of the herein described tract, a distance of 186.34 feet to an angle point

THENCE North 76 degrees 58 minutes 09 seconds East, continuing along the north boundary line of the herein described tract, a distance of 173.49 feet to a point in the west boundary line of Crown Ranch Section Three, according to the map or plat thereof recorded in Cabinet Z, Sheet 1208 of the Map Records of Montgomery County, Texas, for the northeast corner of the herein described tract;

THENCE South 02 degrees 34 minutes 11 seconds East, along the west boundary line of said Crown Ranch Section Three and the east boundary line of the herein described tract, a distance of 1392.86 feet to a point for the southeast corner of the herein described tract;

THENCE South 89 degrees 47 minutes 57 second West, along the southeast boundary line of the herein described tract, a distance of 591.95 feet to a point in a curve in the east boundary line of said Restricted Reserve "A" for a southeast corner of the herein described tract;

THENCE in a northwesterly direction along the east boundary line of said Restricted Reserve "A" and a southeasterly boundary line of the herein described tract along a non-tangent curve to the right having as its elements: a radius of 750.00 feet, a central angle of 04 degrees 19 minutes 56 seconds, an arc length of 56.71 feet, and a chord bearing of North 25 degrees 05 minutes 29 seconds West, a distance of 56.69 feet to the POINT OF BEGINNING and containing 47.324 acres of land.

AND

**Section Six**

Being 140.000 acres of land situated in the Joseph G. Ferguson Survey, A-221, Montgomery County, Texas, and being out of a residual of a certain 1936.077 acres of land as described in deed recorded under County Clerk's File No. 2007-037712 of the Real Property Records of Montgomery County, Texas, said 140.000 acres of land being more particularly described by metes and bounds as follows:

BEGINNING at a point in the common boundary line of Blake Ranch as described in deed recorded under County Clerk's File No. 9366055 of the Real Property Records of Montgomery County, Texas, and the said residual of 1936.077 acres of land for the northeast corner of Restricted Reserve "F", Crown Ranch Section Three according to the map or plat thereof recorded in Cabinet Z, Sheet 1208 of the Map Records of Montgomery County, Texas;

THENCE North 86 degrees 10 minutes 23 seconds East, along said common boundary line, same being the north boundary line of the herein described tract, a distance of 3436.53 feet to a point for the northeast corner of the herein described tract;

THENCE South 03 degrees 49 minutes 37 seconds East, severing the said 1936.077 acres of land along the east boundary line of the herein described tract, a distance of 3097.18 feet to a point in the north boundary line of Lot 3, Block 6, Crown Ranch Section One, Amending Plat No. 1, according to the map or plat thereof recorded in Cabinet Z, Sheets 755 thru 759 of the Map Records of Montgomery County, Texas;

THENCE South 87 degrees 29 minutes 53 second West, along the north boundary lines of Lots 3, 4, and 5, Block 6 of said Crown Ranch Section One and the southeast boundary line of the herein described tract, a distance of 392.86 feet to a 5/8 inch iron rod with survey cap (Moyer) set for the northeast corner of Lot 1, Block 5, of said Crown Ranch Section One and a southeasterly angle point of the herein described tract;

THENCE North 59 degrees 17 minutes 57 seconds West, along the northeast boundary line of Lots 1, 2, and 3, Block 5 of said Crown Ranch Section One and continuing along the southeasterly boundary line of the herein described tract, a distance of 451.13 feet to a 5/8 inch iron rod with survey cap (Moyer) set for the common corner of Lots 3 and 4, Block 5 of said Crown Ranch Section One and an angle point of the herein described tract;

THENCE North 47 degrees 07 minutes 57 seconds West, along the northeast boundary line of Lots 4 and 5, Block 5 of said Crown Ranch Section One and along the southerly boundary line of the herein described tract, a distance of 298.12 feet to a 5/8 inch iron rod with survey cap (Moyer) set for the common corner of Lots 5 and 6,

Block 5 of said Crown Ranch Section One and an angle point of the herein described tract;

THENCE North 37 degrees 48 minutes 49 seconds West, along the northeast boundary line of Lots 6, 7, 8, 9, and 10, Block 5, of said Crown Ranch Section One and continuing along the southerly boundary line of the herein described tract, a distance of 901.31 feet to a 5/8 inch iron rod with survey cap (Moyer) set in a curve for the north corner of said Lot 10 common to a southerly corner of the herein described tract;

THENCE in a southwesterly direction along the northwest boundary line of said Lot 10 and a southerly boundary line of the herein described tract along a non-tangent curve to the right having as its elements: a radius of 1030.00 feet, a central angle of 01 degrees 09 minutes 44 seconds, an arc length of 20.90 feet, and a chord bearing of South 51 degrees 36 minutes 18 seconds West, a distance of 20.89 feet to a 5/8 inch iron rod with survey cap (Moyer) set for the end of the curve;

THENCE South 52 degrees 11 minutes 11 seconds West, continuing along the northwest boundary line of said Lot 10 and a southerly boundary line of the herein described tract, a distance of 332.11 feet to a 5/8 inch iron rod with survey cap (Moyer) set in the northeast line of Crown Ranch Boulevard, a 60 foot private right-of-way, for the southwest corner of said Lot 10, same being a southerly corner of the herein described tract;

THENCE North 37 degrees 48 minutes 49 seconds West, along the northeast line of said Crown Ranch Boulevard and a southerly boundary line of the herein described tract, a distance of 60.00 feet to a 5/8 inch iron rod with survey cap (Moyer) set for the southeast corner of Lot 1, Block 4, of said Crown Ranch Section One and a southerly corner of the herein described tract;

THENCE North 52 degrees 11 minutes 10 seconds East, along the southeast boundary line of said Lot 1 and a southerly boundary line of the herein described tract, a distance of 332.11 feet to a 5/8 inch iron rod with survey cap for the beginning of a curve;

THENCE in a northeasterly direction continuing along the southeast boundary line of said Lot 1 and a southerly boundary line of the herein described tract along a curve to the left having as its elements: a radius of 970.00 feet, a central angle of 01 degrees 11 minutes 13 seconds, an arc length of 20.09 feet, and a chord bearing of North 51 degrees 35 minutes 34 seconds East, a distance of 20.09 feet to a 5/8 inch iron rod with survey cap (Moyer) set for the northeast corner of said Lot 1 and a southerly corner of the herein described tract;

THENCE North 43 degrees 36 minutes 42 seconds West, along the northeast boundary line of Lots 1, 2, and 3, Block 4 of said Crown Ranch Section One, and

continuing along the southerly boundary line of the herein described tract, a distance of 552.90 feet to a 5/8 inch iron rod with survey cap (Moyer) set for an angle point;

THENCE North 58 degrees 26 minutes 29 seconds West, along the northeast boundary line of said Lots 3, 4, 5, and 6, Block 4, of said Crown Ranch Section One and continuing along the southerly boundary line of the herein described tract, a distance of 561.07 feet to a 5/8 inch iron rod with survey cap (Moyer) set for an angle point;

THENCE North 73 degrees 22 minutes 49 seconds West, along the northeast boundary line of Lots 6, 7, 8, and Restricted Reserve "E" , Block 4 of said Crown Ranch Section One, and the southerly boundary line of the herein described tract, a distance of 561.07 feet to a 5/8 inch iron rod with survey cap (Moyer) set for an angle point;

THENCE North 87 degrees 16 minutes 13 seconds West, along the north boundary line of Restricted Reserve "E" and Lot 9, Block 4, of said Crown Ranch Section One, and the southwesterly boundary line of the herein described tract, a distance of 247.65 feet to a point for the southeast corner of Restricted Reserve "G" of said Crown Ranch Section Three and the southwest corner of the herein described tract;

THENCE North 27 degrees 21 minutes 07 seconds East, along the east boundary line of said Restricted Reserve "G", southeast boundary line of said Lot 35 and the northwest boundary line of the herein described tract, a distance of 164.86 feet to a point for the most easterly southeast corner of said Lot 35 and an interior northwesterly corner of the herein described tract;

THENCE North 65 degrees 26 minutes 22 seconds West, along the northeast boundary line of Lot 35, Block 2, of said Crown Ranch Section One, and continuing along the northwest boundary line of the herein described tract, a distance of 188.65 feet to an angle point;

THENCE North 40 degrees 41 minutes 22 seconds West, continuing along the northeast boundary line of said Lot 35 and the east boundary line of Lot 34 and 33, Block 2, common to the northwest boundary line of the herein described tract, a distance of 443.41 feet to an angle point;

THENCE North 03 degrees 49 minutes 38 seconds West, along the east boundary line of Lots 33 and 32, and Restricted Reserve "F", Block 2, of said Crown Ranch Section Three and continuing along the northwest boundary line of the herein described tract, a distance of 259.25 feet to the POINT OF BEGINNING and containing 140.000 acres of land.

**TRACT TWO:**

Being 1995.300 acres of land out of the tracts described in Special Warranty Deed to CROWN RANCH DEVELOPMENT, LTD, recorded under Document Number 00212875 of the Real Property Records of Grimes County, Texas and Montgomery County Clerks File Number 968009; and located in the Joseph G. Ferguson Survey, Abstract 221, Montgomery County, Robert Elgin Survey, Abstract 199, Montgomery County, Charles Weaver Survey, Abstract 624, Montgomery County, and Abstract 462, Grimes County, and the Alexander Robblis Survey, Abstract 464, Montgomery County and Abstract 400, Grimes County, and also located in Montgomery County and Grimes County, Texas and more particularly described by metes and bounds in Exhibit "B" attached hereto.

**TRACT THREE:**

A Tract of land containing 0.897 acre, more or less, in the G. W. Lonis Survey, A-320, Montgomery County, Texas, and being more particularly described in Exhibit "C" attached hereto.

# EXHIBIT "A"

## METES AND BOUNDS DESCRIPTION
### PARCEL N-7395-A

Description of a 1,936.077 acre tract of land out of the tracts described in Special Warranty Deed to Magnolia Timber Partners, L.P. recorded under Volume 553, Page 001 of the Deed Records of Waller County, Texas, Volume 849, Page 205 of the Deed Records of Grimes County, Texas, and Montgomery County Clerk's File Number 968009; and located in the William Montgomery Survey, Abstract 43, Grimes County, A. M. Devereaux Survey, Abstract 182, Grimes County, Charles Weaver Survey, Abstract 624, Montgomery County, and Abstract 482, Grimes County, Alexander Robblis Survey, Abstract 464, Montgomery County and Abstract 400, Grimes County, Joseph G. Ferguson Survey, Abstract 221, Montgomery County, and also located in Montgomery County and Grimes County, Texas and more particularly described as follows:

COMMENCING at a PK nail set in FM 1486 (100 feet wide right-of-way per TxDOT drawings R-1416-3-1 dated February 11, 1960), and for the northwest corner of the Joseph M. Robinson Survey, Abstract 450 and a north corner of the aforesaid Magnolia Timber Partners, L.P. tracts, also being the north east corner of the Thomas C. Bradbury Survey, Abstract 91 and in the south line of the Noah Griffith Survey, Abstract 16;

THENCE South 02 Degrees 46 Minutes 06 Seconds East, with FM 1486 and the west line of said Magnolia Timber Partners, L.P. tracts, a distance of 1,201.70 feet to a PK nail set for a northern corner of said Magnolia Timber Partners, L.P. tract, northeast corner of the Joseph G. Ferguson Survey, Abstract 221, and the POINT OF BEGINNING of the herein described tract;

THENCE South 02 Degrees 35 Minutes 19 Seconds East, with FM 1486, the west line of the Joseph M. Robinson Survey, Abstract 450 and the east line of the Joseph G. Ferguson Survey, Abstract 221, a distance of 4,025.56 feet to a PK nail set for corner;

THENCE South 87 Degrees 31 Minutes 54 Seconds West, departing the west line of the Joseph M. Robinson Survey and the east line of the Joseph G. Ferguson Survey, at a distance of 57.39 feet passing a 5/8 inch iron rod with cap set in the west right-of-way line of FM 1486, at a distance of 10242.48 feet passing the Montgomery County and Grimes County line, a total distance of 1,5037.89 feet to a 5/8 inch iron rod with cap set in the west line of the Alexander Robblis Survey, Abstract 400 of Grimes County and the east line of the P. G. Moffitt Survey, Abstract 330 of Grimes County;

THENCE North 02 Degrees 38 Minutes 27 Seconds West, with the west line of the Alexander Robblis Survey, the east line of the P. G. Moffitt Survey, at a distance of 605.20 feet passing a 5/8 inch iron rod with cap set for a western corner of said Magnolia Timber Partners, L.P. tracts, the southeast corner of the called 130 acre tract described in deed to Cook Forestry Products, LLC recorded under Volume 897, Page 443 of the Grimes County Deed Records, and with the

east line of said 130 acre tract the west line of the aforesaid Magnolia Timber Partners, L.P. tracts, a total distance of 2,162.04 feet to a 5/8 inch iron rod found for a western corner of said Magnolia Timber Partners, L.P. tracts and the northeast corner of the said 130 acre tract;

THENCE South 87 Degrees 21 Minutes 33 Seconds West, with the south line of the Magnolia Timber Partners tract and the north line of the said 130 acre tract, a distance of 2,153.46 feet to a 1 inch iron pipe for the southeast corner of a called 50.0 acre tract described in deed to Sam Urick recorded under Volume N, Page 229 of the Deed Records of Grimes County, from which a ½ inch iron rod bears South 49 Degrees 57 Minutes 40 Seconds West a distance of 2.45 feet;

THENCE North 3 Degrees 59 Minutes 07 Seconds West, with the west line of the Magnolia Timber Partners tract and the east line of said 50.0 acre tract, a distance of 1,499.90 feet to a 5/8 inch iron rod with cap marked "Carter & Burgess" set for the northeast corner of said 50.0 acre tract and the south line of the Iona Goodson tract recorded under Volume 885, Page 442 of the Deed Records of Grimes County;

THENCE North 85 Degrees 55 Minutes 17 Seconds East, with the north line of the Magnolia Timber Partners tract, the south line of the said Iona Goodson tract, the south line Donald McKay tract recorded under Volume 642, Page 559, the south line of the Louis Johnson tract recorded under Volume 596, Page 510, the south line of the Patrick Easley tract recorded under Volume 597, Page 175, the south line of the Carl Thacker tract recorded under Volume 883, Page 701 all of Grimes County Deed Records, a distance of 1,274.75 feet to a point in the center of a creek;

THENCE with the center of a creek the following calls:

South 43 Degrees 47 Minutes 50 Seconds East, a distance of 105.04 feet;

South 88 Degrees 56 Minutes 27 Seconds East, a distance of 69.97 feet;

South 3 Degrees 34 Minutes 35 Seconds East, a distance of 108.23 feet;

South 78 Degrees 11 Minutes 38 Seconds East, a distance of 61.62 feet;

South 69 Degrees 29 Minutes 26 Seconds East, a distance of 131.52 feet;

South 67 Degrees 35 Minutes 14 Seconds East, a distance of 115.26 feet;

North 76 Degrees 04 Minutes 45 Seconds East, a distance of 65.12 feet;

South 83 Degrees 28 Minutes 43 Seconds East, a distance of 86.31 feet;

North 68 Degrees 04 Minutes 42 Seconds East, a distance of 50.60 feet;

EXHIBIT "A"

South 80 Degrees 32 Minutes 17 Seconds East, a distance of 167.65 feet;

North 84 Degrees 48 Minutes 13 Seconds East, a distance of 80.62 feet;

North 38 Degrees 38 Minutes 56 Seconds East, a distance of 32.10 feet;

North 47 Degrees 35 Minutes 33 Seconds East, a distance of 67.66 feet;

North 81 Degrees 41 Minutes 43 Seconds East, a distance of 43.46 feet;

North 50 Degrees 32 Minutes 23 Seconds East, a distance of 513.14 feet;

South 70 Degrees 37 Minutes 11 Seconds East, a distance of 71.06 feet;

North 22 Degrees 51 Minutes 31 Seconds East, a distance of 97.42 feet;

North 72 Degrees 09 Minutes 26 Seconds East, a distance of 102.84 feet;

North 26 Degrees 14 Minutes 56 Seconds East, a distance of 52.68 feet;

North 71 Degrees 07 Minutes 46 Seconds East, a distance of 52.20 feet;

North 46 Degrees 06 Minutes 46 Seconds East, a distance of 116.69 feet;

North 48 Degrees 19 Minutes 43 Seconds East, a distance of 70.84 feet;

North 14 Degrees 21 Minutes 54 Seconds East, a distance of 42.45 feet;

North 77 Degrees 44 Minutes 59 Seconds East, a distance of 36.12 feet;

North 3 Degrees 57 Minutes 26 Seconds West, a distance of 45.49 feet;

North 26 Degrees 12 Minutes 13 Seconds East, a distance of 108.17 feet;

North 5 Degrees 30 Minutes 19 Seconds West, a distance of 121.74 feet;

North 16 Degrees 02 Minutes 26 Seconds East, a distance of 62.63 feet;

North 34 Degrees 15 Minutes 05 Seconds West, a distance of 37.22 feet;

North 3 Degrees 48 Minutes 03 Seconds East, a distance of 62.51 feet;

North 4 Degrees 19 Minutes 20 Seconds East, a distance of 94.89 feet;

North 8 Degrees 03 Minutes 03 Seconds West, a distance of 93.24 feet;

North 20 Degrees 03 Minutes 17 Seconds East, a distance of 100.40 feet;

THENCE North 41 Degrees 14 Minutes 48 Seconds East, with the center of creek, a distance of 318.56 feet to a point;

THENCE North 5 Degrees 07 Minutes 28 Seconds West, a distance of 406.43 feet to a 5/8 inch iron rod with cap marked "Carter & Burgess" set for easterly corner of a called 10.78819 acre tract described in a deed to the Veterans Land Board Tract G-4 recorded under Volume 370, Page 651 of the Deed Records of Grimes County;

THENCE North 34 Degrees 13 Minutes 24 Seconds West, with the west line of the Magnolia Timber Partners tract and the east line of said 10.78819 acre tract, a distance of 715.09 feet to a 1/2 inch iron rod found for the northeast corner of said 10.78819 acre tract and the northeast corner of a
30-foot wide road easement recorded under Volume 370, Page 651 of the Deed Records of Grimes County;

THENCE South 55 Degrees 46 Minutes 36 Seconds West, with the south line of the Magnolia Timber Partners tract and the north line of said 10.78819 acre tract and the north line of said 30-foot wide road easement, a distance of 613.83 feet to a nail set in a dirt road for the northeast corner of said 10.78819 acre tract ;

THENCE South 34 Degrees 13 Minutes 24 Seconds East, with the west line of said 10.78819 acre tract , a distance of 23.13 feet to the beginning of a curve to the right;

THENCE in a southeasterly direction with the west line of said Veterans Land Board Tract G-4 and said curve to the right, having a radius of 300.00 feet, a central angle of 29 Degrees 05 Minutes 55 Seconds, a chord bearing of South 19 Degrees 40 Minutes 25 Seconds East, a chord distance of 150.73 feet, an arc distance of 152.36 feet to the point of tangency;

THENCE South 5 Degrees 07 Minutes 30 Seconds East, with the west line of said 10.78819 acre tract, at a distance of 303.40 feet passing the southwest corner of said 10.78819 acre tract and the northwest corner of a called 10.35902 acre tract described in a deed to the Veterans Land Board Tract G-4 recorded under Volume 368, Page 779 of the Deed Records of Grimes County for a total distance of 524.99 feet to the beginning of a curve to the right;

THENCE in a southwesterly direction, with the west line of said 10.35902 acre tract, and said curve to the right, having a radius of 300.00 feet, a central angle of 14 Degrees 07 Minutes 24 Seconds, a chord bearing of South 01 Degrees 56 Minutes 13 Seconds West, a chord distance of 73.76 feet, an arc distance of 73.95 feet to the point of tangency;

## EXHIBIT "A"

THENCE South 8 Degrees 59 Minutes 55 Seconds West, with the west line of said 10.35902 acre tract and the east line of the Magnolia Timber Partners tract, a distance of 42.00 feet to a nail set for the northeast corner a called 10.53616 acre tract described in a deed to the Veterans Land Board Tract G-5 recorded under Volume 368, Page 762 of the Deed Records of Grimes County;

THENCE South 85 Degrees 59 Minutes 23 Seconds West, with the north line of said 10.53616 acre tract and the south line of the Magnolia Timber Partners tract, a distance of 713.38 feet to a 5/8 inch iron rod with cap marked "Carter & Burgess" set for the northwest corner of said 10.53616 acre tract and in the east line of the Carl Thacker tract recorded under Volume 883, Page 701of the Deed Records of Grimes County;

THENCE North 4 Degrees 01 minute 08 Seconds West, with the west line of the Magnolia Timber Partners tract and the east line of said Carl Thacker tract, a distance of 397.22 feet to an axle found for corner;

THENCE North 85 Degrees 43 Minutes 25 Seconds East, with the north line of the Magnolia Timber Partners tract and the south line of said Carl Thacker tract, a distance of 96.24 feet to a 5/8 inch iron rod with cap marked "Carter & Burgess" set for corner;

THENCE North 2 Degrees 25 Minutes 35 Seconds West, with the east line of said Carl Thacker tract and the west line of the Magnolia Timber Partners tract, a distance of 220.03 feet to a 5/8 inch iron rod with cap marked "Carter & Burgess" set for the northeast corner of said Carl Thacker tract;

THENCE South 86 Degrees 12 Minutes 07 Seconds West, with the south line of the Magnolia Timber Partners tract, the north line of the Carl Thacker tract, the north line of the Ellis Subdivision (unrecorded), a distance of 3,195.89 feet to a 5/8 inch iron rod with cap marked "Carter & Burgess" set for corner;

THENCE North 3 Degrees 32 Minutes 53 Seconds West, with the west line of the Magnolia Timber Partners tract, a distance of 30.00 feet to a point;

THENCE North 86 Degrees 12 Minutes 07 Seconds East, with the north line of the Magnolia Timber Partners tract and the south line of the 30 feet wide easement recorded under Volume 281, Page 281 of the Deed Records of Grimes County, a distance of 3,196.48 feet to the south east corner of a called 48.65 acre tract described in deed to William Phillips recorded under Volume 284, Page 286 of the Deed Records of Grimes County;

THENCE North 2 Degrees 25 Minutes 35 Seconds West, with the east line of said 48.65 acre tract, and the west line of the Magnolia Timber Partners tract, a distance of 3,014.30 feet to a concrete monument found for the northeast corner of said 48.65 acre tract and the south line the Shirley Hamilton King tract recorded under Volume 910, Page 751 of the Deed Records of Grimes County;

# EXHIBIT "A"

THENCE North 87 Degrees 00 Minutes 54 Seconds East, with the north line of the Magnolia Timber Partners tract and said Shirley Hamilton King tract, the south line of the Thomas N. Marek tract recorded under Volume 443, Page 772, the south line of the Wilma Vickers tract recorded under Volume 680, Page 756, the south line of the Lone Star Development Co. tract recorded under Volume 151, Page 181, the south line of the Lone Star Development tract recorded under Volume 236,
Page 199, all of Grimes County Deed Records, a distance of 5,295.20 feet to a concrete monument found for corner;

THENCE South 2 Degrees 46 Minutes 05 Seconds East, with the east line of the Magnolia Timber Partners tract and the west line of the Lone Star Development tract recorded under Volume 236,
Page 199 of the Deed Records of Grimes County, a distance of 3,193.68 feet to a concrete monument found for the southwest corner of said Lone Star Development tract, in the south line of the William Montgomery League, Abstract 43 Grimes County and also being the north line of the Alfred Deferaux Survey, Abstract 182 Grimes County;

THENCE North 87 Degrees 02 Minutes 39 Seconds East, with the north line of the Magnolia Timber Partners tract and the south line of said Lone Star Development tract, a distance of 653.37 feet to a concrete monument found for corner;

THENCE South 2 Degrees 42 Minutes 38 Seconds East, with the east line of the Magnolia Timber Partners tract and the west line of said Lone Star Development tract, a distance of 1,349.10 feet to a concrete monument found for corner;

THENCE North 86 Degrees 10 Minutes 18 Seconds East, with the north line of the Magnolia Timber Partners tract, the south line of said Lone Star Development tract, the north line of the Joseph Ferguson Survey, Abstract 221 Montgomery County and the south line of the Thomas Bradbury Survey, Abstract 91 Montgomery County, a distance of 9602.96 feet to the POINT OF BEGINNING and containing 1936.077 acres of land, more or less.

Page 6 of 6

EXHIBIT "B"

## METES AND BOUNDS DESCRIPTION
### PARCEL N-7395-C

Description of a 1,995.300 acre tract of land out of the tracts described in Special Warranty Deed to Magnolia Timber Partners, L.P. recorded under Volume 553, Page 001 of the Deed Records of Waller County, Texas, Volume 849, Page 205 of the Deed Records of Grimes County, Texas, and Montgomery County Clerk's File Number 968009; and located in the Joseph G. Ferguson Survey, Abstract 221, Montgomery County, Robert Elgin Survey, Abstract 199, Montgomery County, Charles Wexver Survey, Abstract 624, Montgomery County, and Abstract 462, Grimes County, and the Alexander Robbits Survey, Abstract 464, Montgomery County and Abstract 400, Grimes County, and also located in Montgomery County and Grimes County, Texas and more particularly described as follows:

COMMENCING at a PK nail set in FM 1486 (100 feet wide right-of-way per TxDOT drawings R-1416-3-1 dated February 11, 1960), and for the northwest corner of the Joseph M. Robinson Survey, Abstract 450 and a north corner of the aforesaid Magnolia Timbers Partners, L.P. tracts, also being the north east corner of the Thomas C. Bradbury Survey, Abstract 91 and in the south line of the Noah Griffith Survey, Abstract 16;

THENCE South 02 Degrees 46 Minutes 06 Seconds East, with FM 1486 and the west line of said Magnolia Timber Partners, L.P. tracts, a distance of 1201.70 feet to a PK nail set for a northern corner of said Magnolia Timber Partners, L.P. tract;

THENCE South 02 Degrees 35 Minutes 19 Seconds East, with FM 1486, the west line of the Joseph M. Robinson Survey, Abstract 450 and the east line of the Joseph G. Ferguson Survey, Abstract 221, a distance of 4025.56 feet to a PK nail set for the POINT OF BEGINNING of the herein described tract;

THENCE South 02 Degrees 35 Minutes 19 Seconds East, with FM 1486, the east line of the Joseph G. Ferguson Survey, the west line of the Joseph M. Robinson Survey, the west line of the Lorenzo Jones Survey, Abstract 294, and the west line of the Henry J. Stansbury Survey, Abstract 518, a distance of 5116.37 feet to a PK nail set for corner;

THENCE South 87 Degrees 31 Minutes 54 Seconds West, departing FM 1486, the east line of the Joseph G. Ferguson Survey, the west line of the Joseph M. Robinson Survey, the west line of the Lorenzo Jones Survey, and the west line of the Henry J. Stansbury Survey, a distance of 12705.41 feet to a 5/8 inch iron rod with cap set in the west line of the Magnolia Timber Partners, L.P. tracts and the east line of the called 16.0 acre tract described in deed to Michael Cotie recorded under Volume 362, Page 558 of the Deed Records of Grimes County;

THENCE North 03 Degrees 32 Minutes 02 Seconds West, with the west line of the Magnolia Timber Partners L.P. tracts, the east line of the Michael Cotie tract, and the east line of the called

## EXHIBIT "B"

49.952 acre tract described in deed to William Sponseller recorded under Volume 324, Page 60 of the Deed Records of Grimes County, a distance of 2372.03 feet to a concrete monument found for a corner of the Magnolia Timber Partners, L.P. tract and the northeast corner of the William Sponseller tract, from which a 1 ½ inch iron pipe bears South 31 Degrees 34 Minutes 03 Seconds West a distance of 0.93 feet;

THENCE South 86 Degrees 27 Minutes 51 Seconds West, with the south line of the Magnolia Timber Partners tract and the north line of the William Sponseller tract, the north line of the E. P. Frazier tract recorded under Volume 932, Page 105 of the Deed Records of Grimes County, a distance of 2219.06 feet to a concrete monument found for corner from which a 1 ½ inch iron pipe bears South 60 Degrees 31 Minutes 23 Seconds West a distance of 0.55 feet;

THENCE North 3 Degrees 52 Minutes 23 Seconds West, with the west line of the Magnolia Timber Partners tract and the east line of the E. P. Frazier tract, a distance of 1250.74 feet to a 1 3/4 inch iron pipe found for corner;

THENCE South 86 Degrees 25 Minutes 06 Seconds West, with the south line of the Magnolia Timber Partners tract and the north line of the E. P. Frazier tract, a distance of 733.29 feet to a 5/8 inch iron rod with cap marked "Carter & Burgess" set for corner;

THENCE South 3 Degrees 42 Minutes 11 Seconds East, with the east line of the Magnolia Timber Partners tract and the west line of the E. P. Frazier tract, a distance of 2879.48 feet to a 1 inch iron pipe found for corner;

THENCE South 86 Degrees 10 Minutes 34 Seconds West, with the south line of the Magnolia Timber Partners tract and the north line of the called 49.0 acre tract described in deed to South Texas Wood Products, Inc., a distance of 1531.60 feet to a point in the center of a creek;

THENCE with the center of a creek the following calls:

North 4 Degrees 01 minute 22 Seconds West, a distance of 43.26 feet;

North 1 degree 25 Minutes 15 Seconds West, a distance of 298.68 feet;

North 5 Degrees 22 Minutes 15 Seconds West, a distance of 183.35 feet;

North 16 Degrees 31 Minutes 16 Seconds West, a distance of 76.10 feet;

North 22 Degrees 46 Minutes 24 Seconds West, a distance of 212.60 feet;

North 23 Degrees 35 Minutes 48 Seconds West, a distance of 114.58 feet;

North 34 Degrees 17 Minutes 42 Seconds West, a distance of 82.07 feet;

North 22 Degrees 35 Minutes 00 Seconds West, a distance of 334.57 feet;

North 3 Degrees 41 Minutes 09 Seconds West, a distance of 60.79 feet;

North 58 Degrees 40 Minutes 40 Seconds West, a distance of 98.49 feet;

North 66 Degrees 35 Minutes 25 Seconds West, a distance of 151.67 feet;

North 87 Degrees 34 Minutes 15 Seconds West, a distance of 58.50 feet;

North 87 Degrees 53 Minutes 52 Seconds West, a distance of 28.52 feet;

North 78 Degrees 35 Minutes 53 Seconds West, a distance of 42.79 feet;

North 64 Degrees 57 Minutes 11 Seconds West, a distance of 100.15 feet;

North 58 Degrees 19 Minutes 33 Seconds West, a distance of 108.07 feet;

North 51 Degrees 08 Minutes 23 Seconds West, a distance of 154.36 feet;

North 56 Degrees 12 Minutes 00 Seconds West, a distance of 47.73 feet;

North 41 Degrees 02 Minutes 59 Seconds West, a distance of 48.93 feet;

North 26 Degrees 22 Minutes 51 Seconds West, a distance of 70.52 feet;

THENCE North 18 Degrees 55 Minutes 38 Seconds West, with the center of the creek, a distance of 110.62 feet to a point for the northeast corner of the called 68.50 acre tract described in deed to Fernando E. Flores recorded under Volume 625, Page 691 of the Deed Records of Grimes County;

THENCE South 87 Degrees 49 Minutes 41 Seconds West, with the south line of the Magnolia Timber Partners tract, the north line of the Fernando Flores tract, the north line of the Barbara Hathorn tract recorded under Volume 620, Page 830 and the north line of the Don Busa tract recorded under Volume 583, Page 462 all of the Deed Records of Waller County, a distance of 1664.58 feet to a 5/8 inch iron rod with cap marked "Carter & Burgess" set in the east right-of-way of FM 1774 (100 feet wide occupied);

THENCE North 7 Degrees 17 Minutes 42 Seconds West, with the east right-of-way of FM 1774, a distance of 1324.76 feet to a ½ inch iron rod found for corner;

THENCE North 86 Degrees 52 Minutes 06 Seconds East, with the north line of the Magnolia Timber Partners tract and the south line of the called 100.36 acre tract described in deed to Gary

Kubiak recorded under Volume 924, Page 725 of the Deed Records of Grimes County, at a distance of 1498.00 feet passing a ½ inch iron rod, a total distance of 1572.74 feet to a point in the center of a creek;

THENCE with the center of a creek the following calls:

North 5 Degrees 28 Minutes 20 Seconds East, a distance of 598.80 feet;

North 6 Degrees 00 Minutes 57 Seconds West, a distance of 250.76 feet;

North 9 Degrees 54 Minutes 55 Seconds West, a distance of 347.55 feet;

North 29 Degrees 37 Minutes 32 Seconds West, a distance of 268.49;

North 41 Degrees 51 Minutes 24 Seconds West, a distance of 155.57;

THENCE North 36 Degrees 31 Minutes 04 Seconds West, with the center of the creek, a distance of 215.63 to a point for corner;

THENCE North 86 Degrees 33 Minutes 38 Seconds East, with the north line of the Magnolia Timber Partners tract and the south line of the called 130 acre tract described in deed to Cook Forestry Products, LLC, a distance of 3731.03 feet to a 5/8 inch iron rod with cap marked "Carter & Burgess" set for corner;

THENCE South 02 Degrees 33 Minutes 27 Seconds East, with the east line of P. G. Moffit Survey, Abstract 330, Grimes County and the west line of the Alexander Robblis Survey, Abstract 400, Grimes County, a distance of 605.20 feet to a 5/8 inch iron rod with cap set for corner;

THENCE North 87 Degrees 31 Minutes 54 Seconds East, departing the P. G. Moffit Survey east line and the Alexander Robblis Survey west line, a distance of 15037.89 feet to the POINT OF BEGINNING and containing 1,995.300 acres of land, save and except 59.218 acres (Tract O-1) that is within the tract described in deed to Nina Schumacher recorded under Volume 897, Page 443 of Grimes County Deed Records leaving a net area of 1,936.082 acres.

## SAVE & EXCEPT
## TRACT O-1

Description of a 59.218 acre tract of land, being that called 60.0 acre tract described in deed to Nina Schumacher recorded under Volume 897, Page 443 of the Deed Records of Grimes County, Texas, and located in the P. G. Moffit Survey, Abstract 330, Grimes County, Texas and more particularly described as follows:

BEGINNING at a 1 inch iron rod found for the southwest corner of the said Nina Schumacher called 60.0 acre tract and also being an interior corner of the tracts described in Special Warranty Deed to Magnolia Timber Partners, L.P. recorded under Volume 553, Page 001 of the Deed Records of Waller County, Texas, Volume 849, Page 205 of the Deed Records of Grimes County, Texas, and Montgomery County Clerk's File Number 968009, also being in the south line of said P. G. Moffitt Survey and in the north line of the H. M. Bullock Survey, Abstract 96 (Grimes County);

THENCE North 02 Degrees 43 Minutes 34 Seconds West, with the west line of said Nina Schumacher called 60.0 acre tract and the east line of said Magnolia Timber Partners, L.P. tract, a distance of 1868.58 feet to a 1 inch iron pipe found for the northwest corner of said Nina Schumacher tract and an interior corner of said Magnolia Timber Partners tract;

THENCE North 87 Degrees 15 Minutes 10 Seconds East, with the north line of said Nina Schumacher tract and the south line of said Magnolia Timber Partners tract, a distance of 1450.93 feet to a concrete post found for the northeast corner of said Nina Schumacher tract and also being an interior corner of said Magnolia Timber Partners tract;

THENCE South 02 Degrees 35 Minutes 46 Seconds East, with the east line of said Nina Schumacher tract and the west line of said Magnolia Timber Partners tract, a distance of 490.00 feet to a 5/8 inch iron rod with cap marked "Carter & Burgess" set for corner;

THENCE South 87 Degrees 24 Minutes 14 Seconds West, with the south line of said Nina Schumacher tract and the north line of said Magnolia Timber Partners tract, a distance of 94.00 feet to a 5/8 inch iron rod with cap marked "Carter & Burgess" set for corner;

THENCE South 02 Degrees 35 Minutes 48 Seconds East, with the east line of said Nina Schumacher tract and the west line of said Magnolia Timber Partners tract, a distance of 1381.64 feet to a 1 1/4 inch iron pipe found for the southeast corner of said Nina Schumacher tract, from which a 1 inch iron pipe bears North 87 Degrees 35 Minutes 59 Seconds East a distance of 72.07 feet;

THENCE South 87 Degrees 22 Minutes 19 Seconds West, with the south line of said Nina Schumacher tract and the north line of said Magnolia Timber Partners tract, also with the north line of said H. M. Bullock Survey and the south line of said P. G. Moffitt Survey, a distance of 1352.70 feet to the POINT OF BEGINNING and containing 59.218 acres of land.

EXHIBIT "B"

Bearings are based on the Texas State Plane Coordinate System, NAD 83 established by Static
GPS Surveys from NGS control monument HGCSD1. This description was prepared in
conjunction with a survey map prepared by Carter & Burgess and dated February 2, 2001.

_(signature)_ 2/17/03

George L. Totten
Registered Professional Land Surveyor
State of Texas No. 4605

# EXHIBIT "C"

All that certain tract or parcel of land lying and being situated in Montgomery County, Texas, and being a part of the G. W. Lonis Survey, Abstract No. 320, also being the same land, called one acre of land, more or less, in deed from Roy L. Solomon and wife, Jacqueline A. Solomon to Floyd Finke, Trustee, dated November 29, 1982, as filled under Recordation No. 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, of the Real Property Records of Montgomery County, Texas, and also being out of a 25,262 acre tract of land recorded in Volume 691, Page 521, Deed Records of Montgomery County, Texas, and more fully described as follows:

BEGINNING at a found 1 ¼-inch iron pipe for the southeast corner of the above-mentioned 25,262-acre tract and same being the southeast corner of the called one acre of land, more or less tract, in the north R.O.W. line of F.M. 1774;

THENCE, N 65 deg. 11 min. W 121.52 feet along the north R.O.W. line of F.M. 1774 to a found ½-inch iron rod for corner and the southeast corner of a called 1.38-acre tract;

THENCE, North 343.40 feet along an existing cyclone fence and west line of the called one acre of land, more or less tract, and the east line of the called 1.38-acre tract to a found ¼-inch iron pipe for corner;

THENCE, S 65 deg. 05 min. E 129.44 feet along the existing barbwire fence line to a found ¼-inch iron pipe for the northeast corner of the tract being described;

THENCE, S 1 deg. 12 min. W 339.96 feet along the existing barbwire fence line and east line of the tract being described and east line of the called one acre of land, more or less, to THE PLACE OF BEGINNING CONTAINING 0.897-acre tract of land.

In re   **Crown Ranch Development, Ltd.**                               ,      Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking accounts held at First Bank & Trust** | - | 15,096.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Entergy** | - | 1,488.00 |
| | | | **Consumers Gas Company** | - | 2,300.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                        Sub-Total >      **18,884.00**

                                                   (Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Crown Ranch Development, Ltd.**
_____
Debtor

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Affiliated Crown Developments, Ltd.-- $302,536.34 Texas Frac Fluids, LLC - $16,352.96 Eric Estes - $1,152.79 Gary & Amanda Hyman - $8,822.00 Robert & Robin Harris - $7,000.00 Kerri Ryan - $3,377.50 James Watz - $7,650.00** | - | 346,892.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >  346,892.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Crown Ranch Development, Ltd.**                      ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Toyota Tundra - $1,906.59**<br>**Big Tex Trailer - $219.54**<br>**Water truck - $0.00** | - | 2,126.13 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >    **2,126.13**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re   **Crown Ranch Development, Ltd.**              ,      Case No. _____

                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | 4 chairs - $34.06<br>Copier - $3.92<br>Filing cabinet - $27.70<br>Vacuum, lamps, fans, mats - $2.07<br>Phones - $31.38<br>Phone system - $955.27<br>Computer - $221.76<br>Fax machine - $87.21<br>Computer - $227.85<br>Dell desktop computer - $179.83<br>Office furniture - $104.08<br>Office furniture - $496.91<br>Dell laptop - $101.56<br>Dell laptop - $80.46<br>Chairs, credenza, conference table, executive desk - $1,563.64<br>Miniblinds -$198.77<br>Printer - 66.00<br>Misc. office furniture - $95.08<br>2 48" roundtop tables - $126.08<br>Salesforce.com computer system - $993.92<br>Sales office - 3 trailers - $60,000.00 | - | 65,597.55 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Bushhog - $519.67<br>Skidtank 3000 gallon - $17.30<br>Tractor Blade - $12.42<br>Stihl TS 400 Saw - $120.24<br>TM 1200 Hydro Mulcher - $6,057.83<br>Billboards - $423.67<br>Billboards - $340.17<br>Billboards - $168.83<br>Billboards - $27.08<br>Sign - $5,432.20<br>Digital Thermostat - $152.09<br>Diesel Storage Tank - 1000 gallon - $0.00 | - | 13,271.50 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > <br> (Total of this page) | 78,869.05 |
| Total > | 446,771.18 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re  **Crown Ranch Development, Ltd.**

Case No. _____

_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | M&M lien; money owed from JTI/Maverick (see below) | | | | | |
| Creditor #: 1 Conroe Concrete, Ltd. PO Box 3159 Conroe, TX 77305 | - | | | X | X | X | | |
| | | | Value $       12,704,185.00 | | | | 37,914.00 | 0.00 |
| Account No. | | | July 21, 2010 | | | | | |
| Creditor #: 2 David Cromwell 6333 Chimney Rock, Apt. 122 Houston, TX 77081 | - | | Judgment Lien (appeal pending) land in Montgomery County, TX | X | | X | | |
| | | | Value $       12,704,185.00 | | | | 4,127,801.00 | 4,127,801.00 |
| Account No. | | | 2010 | | | | | |
| Creditor #: 3 Grimes County Appraisal District P.O. Box 489 Anderson, TX 77830 | - | | property taxes | | | | | |
| | | | Value $       12,704,185.00 | | | | 31,675.82 | 0.00 |
| Account No. | | | 3/31/05 | | | | | |
| Creditor #: 4 Harold Estes 505 Hickory Hollow Lufkin, TX 75904 | - | | Loan in the original amount of $3,145,532.60 1936.077 acres, Montgomery and Grimes Counties, save and except Section 1, 2 & 3 of Crown Ranch. | | | | | |
| | | | Value $       12,704,185.00 | | | | 3,585,355.00 | 0.00 |

**2**  continuation sheets attached

Subtotal
(Total of this page)

7,782,745.82       4,127,801.00

In re  **Crown Ranch Development, Ltd.** _____,   Case No. _____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Once pre-petition transfer unwound (see SOFA No. 10 a). The Note in the original amount of $1,568,840.80 will revive together with the Deed of Trust, no. 2010045916 | | | | | |
| Creditor #: 5 Harold Estes 505 Hickory Hollow Lufkin, TX 75904 | | - | | | | | | |
| | | | Value $   12,704,185.00 | | | | 2,152,363.64 | 0.00 |
| Account No. | | | 8/8/05 Loan 1936.077 acres, Montgomery and Grimes County, save and except Section 1, 2 & 3 of Crown Ranch | | | | | |
| Creditor #: 6 Harold Estes Family Partnership 6004 South First Lufkin, TX 75901-8558 | | - | | | | | | |
| | | | Value $   12,704,185.00 | | | | 5,537,060.27 | 0.00 |
| Account No. | | | $2,000,000 revolving note | | | | | |
| Creditor #: 7 Harold Estes Family Partnership 6004 South First Lufkin, TX 75901-8558 | | - | | | | | | |
| | | | Value $   12,704,185.00 | | | | 0.00 | 0.00 |
| Account No. | | | subcontractor to Maverick Contractors for road work in Section 3; M&M Lien filed for $363,142.97, but that represents full contract (see below) | | | | | |
| Creditor #: 8 JTI Construction Inc. P.O. Box 24790 Houston, TX 77229 | | - | | X | X | X | | |
| | | | Value $   12,704,185.00 | | | | 0.00 | 0.00 |
| Account No. | | | December 11, 2010 M&M lien - $407,296.50 Road work in section 3 (only $209,000 approved); plus draw 7 of $110,440.89; General Contractor of JTI | | | | | |
| Creditor #: 9 Maverick Contractors PO Box 238 Columbus, TX 78934 | | - | | X | X | X | | |
| | | | Value $   12,704,185.00 | | | | 320,400.79 | 0.00 |
| Sheet  1  of  2  continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | 8,009,824.70 | 0.00 |

In re   **Crown Ranch Development, Ltd.**                  Case No. _____

                                           Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2010 | | | | | |
| Creditor #: 10 Montgomery County Appraisal District P.O. Box 4798 Houston, TX 77210 | - | | property taxes | | | | | |
| | | | Value $      12,703,185.00 | | | | 44,006.47 | 0.00 |
| Account No. | | | 1/24/07 | | | | | |
| Creditor #: 11 Trust Financial 13300 Old Blanco Road, Suite 321 San Antonio, TX 78216 | - | | Loan<br><br>Crown Ranch 19953 (south tract) acre tract of land and 59.218 acre tract of land | | | | | |
| | | | Value $      12,704,185.00 | | | | 4,736,842.11 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 4,780,848.58 | 0.00 |
| Total (Report on Summary of Schedules) | 20,573,419.10 | 4,127,801.00 |

B6E (Official Form 6E) (4/10)

In re  **Crown Ranch Development, Ltd.** ,                              Case No. _____
                                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_ continuation sheets attached

In re  **Crown Ranch Development, Ltd.**                                    Case No. _____

                                          ,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  Creditor #: 1 **Estes Refineries LLC** **PO Box 1502** **Magnolia, TX 77353** | | - | **January 2011** **Payroll for Eric Estes for January 2011. He is an independent contractor.** | | | | 5,000.00 | 0.00 | 5,000.00 |
| Account No.  Creditor #: 2 **M&E Enterprises, Inc.** **9734 Clubhouse Cir.** **Magnolia, TX 77354** | | - | **January 2011** **payroll for Michael Weingrad. He is an independent contractor.** | | | | 18,000.00 | 6,275.00 | 11,725.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

|  | Subtotal (Total of this page) | 23,000.00 | 6,275.00 16,725.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 23,000.00 | 6,275.00 16,725.00 |

Sheet  1  of  1   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

In re    **Crown Ranch Development, Ltd.**                                    ,    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1 | | | 9/20/10 to 11/1/10 | | | | |
| Creditor #: 1 1486 Development Co. Ltd. 6004 S. First Street Lufkin, TX 75901 | - | | net of income collected by Crown Ranch and expenses paid | | | | 78,792.58 |
| Account No. 2 | | | | | | | |
| Creditor #: 2 Affiliated Crown Developments, Ltd. dba Crown Oak 6004 S. First Street Lufkin, TX 75901 | - | | | X | | | 1.00 |
| Account No. 3 | | | 12/31/07 to 11/15/09 | | | | |
| Creditor #: 3 Affiliated Crown Equipment LLC 6004 S. First Street Lufkin, TX 75901 | - | | equipment rental | | | | 433,782.14 |
| Account No. 4 | | | October 29, 210 | | | | |
| Creditor #: 4 Airbrush Images 851 N. FM 3083 E Conroe, TX 77303 | - | | advertising | | | | 136.40 |

_11_    continuation sheets attached

Subtotal
(Total of this page)    512,712.12

In re    **Crown Ranch Development, Ltd.**                     ,        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 5**<br>**Axley & Rode, LLP**<br>**PO Box 1388**<br>**Lufkin, TX 75902** | | - | | | **December 15, 2010**<br>**accounting/tax prep services** | | | | 2,915.52 |
| Account No.<br><br>**Creditor #: 6**<br>**Bobby W. Holder**<br>**PO Box 143**<br>**Dobbin, TX 77333** | | - | | | **January 1, 2011**<br>**Billboard work** | | | | 1,000.00 |
| Account No.<br><br>**Creditor #: 7**<br>**Cassels & Reynolds**<br>**P.O. Box 1626**<br>**Lufkin, TX 75902** | | - | | | **October 27, 2010**<br>**legal services** | | | | 550.00 |
| Account No.<br><br>**Creditor #: 8**<br>**Comcast Spotlight, Inc.**<br>**PO Box 840520**<br>**Dallas, TX 75284** | | - | | | **September 30, 2010**<br>**advertising** | | | | 3,246.16 |
| Account No.<br><br>**Creditor #: 9**<br>**Consumer Gas Company**<br>**9750 FM 1488**<br>**Magnolia, TX 77354** | | - | | | **October 27, 2010**<br>**installation of gas lines** | | | | 46,388.10 |
| Sheet no. <u>1</u> of <u>11</u> sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | | Subtotal<br>(Total of this page) | | | 54,099.78 |

In re    **Crown Ranch Development, Ltd.**                              Case No. _____
                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Pending lawsuit | | | | |
| Creditor #: 10<br>Crown Ranch Property Owners Association<br>c/o Association Management, Inc.<br>5295 Hollister<br>Houston, TX 77040 | - | | | | X | | | 1.00 |
| Account No. | | | | | | | | |
| Creditor #: 11<br>Crown Ranch Property Owners' Association<br>c/o Real Manage<br>11777 Katy Frwy, No. 441<br>Houston, TX 77079 | - | | | | X | | | 1.00 |
| Account No. | | | | December 31, 2010<br>Alarm company | | | | |
| Creditor #: 12<br>Datalink<br>P.O. Box 3578<br>Conroe, TX 77305 | - | | | | | | | 27.83 |
| Account No. | | | | Signs | | | | |
| Creditor #: 13<br>Doug Townsend<br>24855 Ben Smith Road<br>Montgomery, TX 77316 | - | | | | | | | 1.00 |
| Account No. | | | | December 31, 2010<br>utility service | | | | |
| Creditor #: 14<br>Entergy<br>PO Box 8104<br>Baton Rouge, LA 70891 | - | | | | | | | 527.39 |

Sheet no. __2__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 558.22

In re   **Crown Ranch Development, Ltd.**                  Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C | U | D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Creditor #: 15 Entergy PO Box 8104 Baton Rouge, LA 70891 | - | | December 31, 2010 utility service | | | | 89.23 |
| Account No. Creditor #: 16 Entergy PO Box 8107 Baton Rouge, LA 70891 | - | | 2/10/11 Completion of electric to Crown Ranch Section III | | | | 10,000.00 |
| Account No. Creditor #: 17 Eric L. Estes PO Box 1502 Magnolia, TX 77354 | - | | Pending lawsuit | | X | | 1.00 |
| Account No. Creditor #: 18 Estes GP, LLC 6004 S. First Street Lufkin, TX 75901 | - | | Pending lawsuit | | X | | 1.00 |
| Account No. Creditor #: 19 Estex, Inc. 6004 S. US Hwy 59 Lufkin, TX 75901 | - | | Pending lawsuit | | X | | 1.00 |

Sheet no. __3__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     10,092.23

In re **Crown Ranch Development, Ltd.** _____ , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| **Account No.** | | - | | | | September 20, 2010 repair work | | | | |
| **Creditor #: 20** Farm Plan P.O. Box 650215 Dallas, TX 75265 | | | | | | | | | | 337.65 |
| **Account No. xxxx-x998-5** | | - | | | | November 25, 2010 overnight courier | | | | |
| **Creditor #: 21** Federal Express P.O. Box 660481 Dallas, TX 75266 | | | | | | | | | | 49.10 |
| **Account No. xxxxxx xx xxxxxx xx. xxx4660** | | - | | | | January 19, 2009 $485,700.00 - Letter of Credit - Road Bonds | X | X | | |
| **Creditor #: 22** First Bank & Trust East Texas P.O. Box 151510 Lufkin, TX 75915 | | | | | | | | | | 0.00 |
| **Account No. xxxxxx xx xxxxxx xx. xxx8390** | | - | | | | March 24, 2010 $393,398.40 - Letter of Credit - Road Bonds | X | X | | |
| **Creditor #: 23** First Bank & Trust East Texas P.O. Box 151510 Lufkin, TX 75915 | | | | | | | | | | 0.00 |
| **Account No. xxxxxx xx xxxxxx xx. 0040** | | - | | | | October 23, 2010 $9,650.00 - Letter of Credit - Road Bonds | X | X | | |
| **Creditor #: 24** First Bank & Trust East Texas P.O. Box 151510 Lufkin, TX 75915 | | | | | | | | | | 0.00 |

Sheet no. __4__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  386.75

In re   **Crown Ranch Development, Ltd.**          Case No. _____

                                                     , Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | December 5, 2010 | | | | |
| Creditor #: 25 Gravity Digital 12603 Hwy 105 West, Suite 204 Conroe, TX 77304 | - | | Internet host, web design | | | | 1,176.75 |
| Account No. | | | January 13, 2011 | | | | |
| Creditor #: 26 Gravity Digital 12603 Hwy 105 West, Suite 204 Conroe, TX 77304 | - | | Internet host, web design | | | | 155.25 |
| Account No. | | | April 30, 2010 | | | | |
| Creditor #: 27 Greenstone Landscape PO Box 669 Magnolia, TX 77353 | - | | Grass, dirt work, landscaping | | | | 3,239.94 |
| Account No. | | | 7/18/06 to 12/31/06 | | | | |
| Creditor #: 28 Harold Estes 505 Hickory Hollow Lufkin, TX 75904 | - | | equipment rental | | | | 90,958.24 |
| Account No. | | | December 31, 2010 | | | | |
| Creditor #: 29 Imperial Credit Corporation PO Box 200455 Dallas, TX 75320 | - | | insurance | | | | 846.86 |

Sheet no. _5_ of _11_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     96,377.04

In re    **Crown Ranch Development, Ltd.** _____,    Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 30**<br>**J. Troy Maxwell**<br>**16360 Park Ten Place, Suite 250**<br>**Houston, TX 77084** | - | | **Pending lawsuit** | X | | | 1.00 |
| Account No.<br>**Creditor #: 31**<br>**Jim Corkill**<br>**P.O. Box 7974**<br>**The Woodlands, TX 77387** | - | | **November 1, 2010**<br>**Billboard work** | | | | 700.00 |
| Account No.<br>**Creditor #: 32**<br>**John Gannon, Inc.**<br>**525 Park Grove**<br>**Katy, TX 77450** | - | | **September 2, 2010**<br>**advertising** | | | | 2,877.92 |
| Account No.<br>**Creditor #: 33**<br>**John R Conine**<br>**24 Waterway Avenue, Suite 1100**<br>**Spring, TX 77380** | - | | **Pending lawsuit** | X | | | 1.00 |
| Account No.<br>**Creditor #: 34**<br>**Kane Russell Coleman and Logan**<br>**1601 Elm Street, Suite 3700**<br>**Dallas, TX 75201** | - | | **December 15, 2010**<br>**legal fees** | X | X | X | 18,699.50 |

Sheet no. __6__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    22,279.42

In re  **Crown Ranch Development, Ltd.**                         Case No. _____
                                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Creditor #: 35 <br> Lamar Companies <br> P.O. Box 96030 <br> Baton Rouge, LA 70896 | - | | October 11, 2010, October 22, 2010, December 17, 2010 <br> Billboards | | | | 4,128.00 |
| Account No. <br> Creditor #: 36 <br> Landstar Realty Advisors, Inc. <br> c/o J Troy Maxwell <br> 16360 Park Ten Place, Suite 250 <br> Houston, TX 77084 | - | | Pending lawsuit | X | | | 1.00 |
| Account No. <br> Creditor #: 37 <br> Law Offices of Robert Flournoy <br> 118 S. Second St. <br> Lufkin, TX 75901 | - | | October 14, 2010 <br> Legal services | | | | 550.00 |
| Account No. <br> Creditor #: 38 <br> Lawn Ranger Co., Inc. <br> P.O. Box 9809 <br> The Woodlands, TX 77387 | - | | 8/30/10 to 10/25/10 <br> Lawn maintenance | | | | 776.68 |
| Account No. <br> Creditor #: 39 <br> Lonestar Testing Laboratories <br> P.O. Box 820125 <br> Houston, TX 77282 | - | | November 5, 2010 <br> Soil, asphalt testing | | | | 600.00 |

Sheet no. __7__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                      Subtotal        **6,055.68**
                                           (Total of this page)

In re **Crown Ranch Development, Ltd.** Case No._____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | October 1, 2010 advertising | | | | |
| Creditor #: 40 Michael Martin P.O. Box 365 Dobbin, TX 77333 | | - | | | | | | 750.00 |
| Account No. | | | | Pending lawsuit | | | | |
| Creditor #: 41 Michael Weingrad 9734 Clubhouse Circle Magnolia, TX 77354 | | - | | | X | | | 1.00 |
| Account No. | | | | 9/29/10 - 1/6/11 legal services | | | | |
| Creditor #: 42 Moltz, Morton & O'Toole 106 E. 6th Street, Suite 700 Austin, TX 78701 | | - | | | | | | 35,522.06 |
| Account No. | | | | November 1, 2010 Surveying | | | | |
| Creditor #: 43 Moyer Surveying 3706 W. Davis St. Conroe, TX 77304 | | - | | | | | | 17,590.63 |
| Account No. | | | | Materials for water installation on Crown Ranch Section III | | | | |
| Creditor #: 44 MSEC Enterprises, Inc. PO Box 970 Navasota, TX 77868 | | - | | | | | | 107,321.12 |

Sheet no. __8__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 161,184.81

In re   **Crown Ranch Development, Ltd.**                                     , Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Creditor #: 45 O'Day Drilling Company Inc. 5923 CR 931 Rosharon, TX 77583 | - | | December 27, 2010 Well driller | | | | 49,810.00 |
| Account No. Creditor #: 46 Page, Mitchael and Brenda 908 Dorothy Street Houston, TX 77008 | - | | Pending lawsuit | X | | | 1.00 |
| Account No. Creditor #: 47 Pitney Bowes PO Box 856390 Louisville, KY 40285 | - | | December 3, 2010 postage | | | | 120.42 |
| Account No. Creditor #: 48 pLANDesign LLC PO Box 2413 Round Rock, TX 78680 | - | | Engineering work | X | | | 1.00 |
| Account No. Creditor #: 49 Reliant Energy PO Box 650475 Dallas, TX 75265 | - | | January 5, 2011 utility services | | | | 16.17 |

Sheet no. **9** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   49,948.59

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re __Crown Ranch Development, Ltd.__ Case No. _____

, 

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. | | | | | | Signs | | | | |
| Creditor #: 50 Rocky Acres 7805 S. FM 1486 Montgomery, TX 77316 | - | | | | | | X | | | 1.00 |
| Account No. | | | | | | November 1, 2010, December 1, 2010, January 11, 2011 Billboards | | | | |
| Creditor #: 51 Signad, Inc PO Box 8626 Houston, TX 77249 | - | | | | | | | | | 9,015.00 |
| Account No. | | | | | | Pending lawsuit | | | | |
| Creditor #: 52 The Broussard Group, Inc. dba TBG Partne 3050 Post Oak Blvd., Suite 1100 Houston, TX 77058 | - | | | | | | X | | | 1.00 |
| Account No. | | | | | | 10/6/09 to 10/21/10 rent collected by Crown Ranch for creditor | | | | |
| Creditor #: 53 Todd Mission Corner, LLC 6004 S. First Street Lufkin, TX 75901 | - | | | | | | | | | 6,896.76 |
| Account No. | | | | | | Agreement regarding the development of Crown Ranch | | | | |
| Creditor #: 54 Woodcreek Development Co. 16360 Park Ten Place, No. 250 Houston, TX 77084 | - | | | | | | | | | 1.00 |

Sheet no. __10__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 15,914.76

B6F (Official Form 6F) (12/07) - Cont.

In re  **Crown Ranch Development, Ltd.**                        Case No. _____

                                                            ,
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 55** **Woodforest National Bank** P.O. Box 790408 Saint Louis, MO 63179 | - | | December 27, 2010 credit card for various working expenses | | | | 6,488.76 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 6,488.76 |
| Total (Report on Summary of Schedules) | 936,098.16 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re    **Crown Ranch Development, Ltd.**                       Case No._____

                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **C.W. Strickland**<br>**1390 South FM 1486 Road**<br>**Montgomery, TX 77316** | **Signs** |
| **CBS Outdoor**<br>**PO Box 33074**<br>**Newark, NJ 07188** | **Billboards** |
| **Consumer Gas Company, Inc. and**<br>**1486 Gas Pipeline, LLC**<br>**9750 FM 1488**<br>**Magnolia, TX 77354** | **Contract regarding construction of gas lines in Crown Ranch** |
| **Corkill, Jim**<br>**PO Box 7974**<br>**Spring, TX 77387** | **Billboards** |
| **Data Link**<br>**PO Box 3578**<br>**Conroe, TX 77305** | **Alarm Company** |
| **Entergy Texas, Inc.**<br>**PO Box 8104**<br>**Baton Rouge, LA 70891** | **contract for installation for electric in Ranch Section III** |
| **Estes Refineries LLC**<br>**PO Box 1502**<br>**Magnolia, TX 77353** | **Development** |
| **Gravity Digital**<br>**12603 Hwy 105 West, Suite 204**<br>**Conroe, TX 77304** | **Internet Host, web design** |
| **Greenstone Landscaping, Inc.**<br>**PO Box 669**<br>**Magnolia, TX 77353** | **Grass, dirt work, landscaping** |
| **Hoffart, Frank**<br>**PO Box 55**<br>**Dobbin, TX 77333** | **Signs** |
| **Holder, Bobby**<br>**PO Box 143**<br>**Dobbin, TX 77333** | **Billboards** |

2

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Best Case Bankruptcy

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Jeff McDaniel's**<br>**15101 Alchester Lane**<br>**Plantersville, TX 77363** | **Billboards** |
| **Lamar Companies**<br>**PO Box 96030**<br>**Baton Rouge, LA 70896** | **Billboards** |
| **Lawn Ranger Co., Inc.**<br>**PO Box 9809**<br>**Spring, TX 77387** | **Lawn Maintenance** |
| **Lone Star Testing Laboratories**<br>**PO Box 820125**<br>**Houston, TX 77282** | **Soil, asphalt testing** |
| **M&E Enterprises, Inc.**<br>**PO Box 1230**<br>**Magnolia, TX 77353** | **MGR Dev, Sales, Marketing** |
| **Maverick Contractors, Inc.**<br>**P.O. Box 78934**<br>**Columbus, TX 78934** | **contract to furnish labor and materials for a project consisting generally of earthwork and concrete pipe** |
| **Moyer Surveying**<br>**3706 West Davis Street**<br>**Conroe, TX 77304** | **Surveying** |
| **MSEC Enterprises, Inc.**<br>**PO Box 970**<br>**Navasota, TX 77868** | **Contract for all water installation and usage for Crown Ranch** |
| **O'Day Drilling Company Inc**<br>**5923 CR 931**<br>**Rosharon, TX 77583** | **Well Driller** |
| **pLANDesign, LLC**<br>**PO Box 2413**<br>**Round Rock, TX 78680** | **Engineering firm** |
| **Rocky Acres**<br>**7805 S. FM 1486 Road**<br>**Montgomery, TX 77316** | **Signs** |
| **Signad, Inc.**<br>**PO Box 8626**<br>**Houston, TX 77249** | **Billboards** |
| **Townsend, Doug**<br>**24855 Ben Smith Road**<br>**Montgomery, TX 77316** | **Signs** |

Sheet \_\_1\_\_ of \_\_2\_\_ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Crown Ranch Development, Ltd.**                      Case No. _____

                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Woodcreek Development Company** <br> **16360 Park Ten Place, Suite 250** <br> **Houston, TX 77084** | **Agreement regarding development of Crown Ranch** |

Sheet  **2**  of  **2**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Crown Ranch Development, Ltd.**                      ,     Case No._____

Debtor

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Harold Estes**<br>**505 Hickory Hollow**<br>**Lufkin, TX 75904** | **First Bank & Trust East Texas**<br>**P.O. Box 151510**<br>**Lufkin, TX 75915** |
| **Harold L. Estes**<br>**505 Hickory Hollow**<br>**Lufkin, TX 75904** | **Trust Financial, A Mortgage Company LLC**<br>**13300 Old Blanco Road, Suite 321**<br>**San Antonio, TX 78216** |

**0**
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Texas-Lufkin Division

In re  __Crown Ranch Development, Ltd.__ _____     Case No. _____

  Debtor(s)     Chapter    __11__     _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of Estex, Inc., General Partner of Debtor of the partnership named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __26__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature _____

  Harold L. Estes
  President of Estex, Inc., General Partner of Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.