# United States Bankruptcy Court
### Eastern District of Texas-Lufkin Division

In re    **Crown Ranch Development, Ltd.**            Case No.    _____

                                         Debtor(s)         Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$644,717.00** | **2010: sale of lots** |
| **$1,862,658.00** | **2009: sale of lots** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    AMOUNT                       SOURCE

# Crown Ranch Development, Ltd.

## All payments made within 90 days totaling $600 or more.

| Type | Date | Num | Name | Name Street1 | Name City | State | Zip | Payment |
|------|------|-----|------|--------------|-----------|-------|-----|---------|
| General Journal | 09/20/2010 | TLR | 1486 Development | 6004 S First Street | LUFKIN | TX | 75901 | 13,000.00 |
| | | | 1486 Development Total | | | | | 13,000.00 |
| General Journal | 09/15/2010 | TLR | AXLEY & RODE LLP | PO BOX 1388 | LUFKIN | TX | 75902-1388 | 93.92 |
| Check | 10/13/2010 | 1418 | AXLEY & RODE LLP | PO BOX 1388 | LUFKIN | TX | 75902-1388 | 93.92 |
| Check | 11/24/2010 | 1422 | AXLEY & RODE LLP | PO BOX 1388 | LUFKIN | TX | 75902-1388 | 169.69 |
| Bill Pmt -Check | 10/20/2010 | 2732 | AXLEY & RODE, LLP | PO BOX 1388 | LUFKIN | TX | 75902-1388 | 6,731.75 |
| | | | AXLEY & RODE, LLP Total | | | | | 7,089.28 |
| Bill Pmt -Check | 09/17/2010 | 2713 | Bobby W. Holder | P. O. Box 143 | Dobbin | TX | 77333 | 1,000.00 |
| Bill Pmt -Check | 10/12/2010 | 2723 | Bobby W. Holder | P. O. Box 143 | Dobbin | TX | 77333 | 1,000.00 |
| Bill Pmt -Check | 10/20/2010 | 2733 | Bobby W. Holder | P. O. Box 143 | Dobbin | TX | 77333 | 1,000.00 |
| | | | Bobby W. Holder Total | | | | | 3,000.00 |
| Check | 10/04/2010 | 1496 | Coretta  S. Craig | 615 Hickory Ridge Dr | Shenandoah | TX | 77381 | 500.00 |
| Check | 11/01/2010 | 1499 | Coretta  S. Craig | 615 Hickory Ridge Dr | Shenandoah | TX | 77381 | 1,000.00 |
| | | | Coretta  S. Craig Total | | | | | 1,500.00 |
| Bill Pmt -Check | 09/01/2010 | 2710 | Davis Insurance Agency, Inc. | P. O. Box 152620 | Lufkin | TX | 75915-2620 | 3,532.08 |
| | | | Davis Insurance Agency, Inc. Total | | | | | 3,532.08 |
| Bill Pmt -Check | 09/17/2010 | 2716 | ENTERGY | P O BOX 8104 | BATON ROUGE | LA | 70891-8104 | 772.02 |
| Bill Pmt -Check | 10/15/2010 | 2728 | ENTERGY | P O BOX 8104 | BATON ROUGE | LA | 70891-8104 | 163,214.57 |
| | | | ENTERGY Total | | | | | 163,986.59 |
| Bill Pmt -Check | 09/16/2010 | 2711 | ESTES REFINERIES LLC. | P.O. BOX 1502 | MAGNOLIA | TX | 77353 | 5,000.00 |
| | | | ESTES REFINERIES LLC. Total | | | | | 5,000.00 |
| General Journal | 09/30/2010 | TLR | FIRST BANK & TRUST | P. O. Box 151510 | Lufkin | TX | 75915 | 2,720.00 |
| General Journal | 09/30/2010 | TLR | FIRST BANK & TRUST | P. O. Box 151510 | Lufkin | TX | 75915 | 20.00 |
| General Journal | 09/30/2010 | TLR | FIRST BANK & TRUST | P. O. Box 151510 | Lufkin | TX | 75915 | 33.75 |
| General Journal | 09/30/2010 | TLR | FIRST BANK & TRUST | P. O. Box 151510 | Lufkin | TX | 75915 | 15.90 |
| General Journal | 09/30/2010 | TLR | FIRST BANK & TRUST | P. O. Box 151510 | Lufkin | TX | 75915 | 16.95 |
| General Journal | 09/30/2010 | TLR | FIRST BANK & TRUST | P. O. Box 151510 | Lufkin | TX | 75915 | 14.00 |
| Bill Pmt -Check | 10/13/2010 | 2725 | FIRST BANK & TRUST | P. O. Box 151510 | Lufkin | TX | 75915 | 100.00 |
| Check | 10/29/2010 | | FIRST BANK & TRUST | P. O. Box 151510 | Lufkin | TX | 75915 | 76.75 |
| Check | 10/29/2010 | | FIRST BANK & TRUST | P. O. Box 151510 | Lufkin | TX | 75915 | 28.00 |
| | | | FIRST BANK & TRUST Total | | | | | 3,025.35 |
| General Journal | 09/01/2010 | TLR | FIRST BANK & TRUST-941 | P. O. Box 151510 | Lufkin | TX | 75915 | 309.66 |
| General Journal | 09/15/2010 | TLR | FIRST BANK & TRUST-941 | P. O. Box 151510 | Lufkin | TX | 75915 | 309.66 |
| General Journal | 09/29/2010 | TLR | FIRST BANK & TRUST-941 | P. O. Box 151510 | Lufkin | TX | 75915 | 309.66 |
| Check | 10/20/2010 | dm | FIRST BANK & TRUST-941 | P. O. Box 151510 | Lufkin | TX | 75915 | 309.65 |

EXHIBIT

3B

# Crown Ranch Development, Ltd.

## All payments made within 90 days totaling $600 or more.

| Type | Date | Num | Name | Name Street1 | Name City | State | Zip | Payment |
|---|---|---|---|---|---|---|---|---|
| Check | 11/03/2010 | dm | FIRST BANK & TRUST-941 | P. O. Box 151510 | Lufkin | TX | 75915 | 309.66 |
| Check | 11/10/2010 | dm | FIRST BANK & TRUST-941 | P. O. Box 151510 | Lufkin | TX | 75915 | 309.66 |
| Check | 11/30/2010 | eftps | FIRST BANK & TRUST-941 | P. O. Box 151510 | Lufkin | TX | 75915 | 309.66 |
| | | | FIRST BANK & TRUST-941 Total | | | | | 2,167.61 |
| Bill Pmt -Check | 10/13/2010 | 2726 | Frank Hoffart | | | | | 900.00 |
| | | | Frank Hoffart Total | | | | | 900.00 |
| Bill Pmt -Check | 10/15/2010 | 2729 | Gary Hyman | 6511 Pinebrook | Spring | TX | 77379 | 8,822.00 |
| | | | Gary Hyman Total | | | | | 8,822.00 |
| Bill Pmt -Check | 10/20/2010 | 2735 | Gil Masters & Associates, Inc | PO Box 708 | Lufkin | TX | 75902-0708 | 3,000.00 |
| | | | Gil Masters & Associates, Inc Total | | | | | 3,000.00 |
| Check | 10/15/2010 | 2727 | IMPERIAL CREDIT CORPORATION | PO BOX 200455 | DALLAS | TX | 75320-0455 | 1,693.72 |
| | | | IMPERIAL CREDIT CORPORATION Total | | | | | 1,693.72 |
| Bill Pmt -Check | 09/16/2010 | 2712 | M&E ENTERPRISES, INC | 9734 CLUB HOUSE CIRCLE | MAGNOLIA | TX | 77354 | 20,833.33 |
| | | | M&E ENTERPRISES, INC Total | | | | | 20,833.33 |
| Check | 10/07/2010 | 1497 | MICHAEL WEINGRAD. | 26000 CROWN RANCH BLVD | MONTGOMERY | TX | 77316 | 429.32 |
| Check | 11/09/2010 | 1503 | MICHAEL WEINGRAD. | 26000 CROWN RANCH BLVD | MONTGOMERY | TX | 77316 | 242.12 |
| | | | MICHAEL WEINGRAD. Total | | | | | 671.44 |
| Bill Pmt -Check | 10/20/2010 | 2736 | MOLTZ MORTON O'TOOLE | 106 E. 6TH STREET, STE 700 | AUSTIN | TX | 78701 | 8,274.20 |
| | | | MOLTZ MORTON O'TOOLE Total | | | | | 8,274.20 |
| Bill Pmt -Check | 10/20/2010 | 2737 | MONTGOMERY COUNTY | 400 N San Jacinto | Conroe | TX | 77301 | 5,405.77 |
| | | | MONTGOMERY COUNTY Total | | | | | 5,405.77 |
| Check | 10/18/2010 | dm | Premium Finance | P O Box 1827 | Eau Claire | WI | 54702 | 1,693.72 |
| | | | Premium Finance Total | | | | | 1,693.72 |
| Bill Pmt -Check | 10/15/2010 | 2730 | Robert & Robin Harris | 21827 Cascade Hollow Lane | Spring | TX | 77379 | 7,000.00 |
| | | | Robert & Robin Harris Total | | | | | 7,000.00 |
| Check | 09/20/2010 | 1494 | SHARON D. SLIGER | P O Box 584 | MAGNOLIA | TX | 77353 | 43.01 |
| General Journal | 09/01/2010 | TLR | SHARON D. SLIGER | P O Box 584 | MAGNOLIA | TX | 77353 | 873.33 |
| General Journal | 09/15/2010 | TLR | SHARON D. SLIGER | P O Box 584 | MAGNOLIA | TX | 77353 | 873.33 |
| General Journal | 09/29/2010 | TLR | SHARON D. SLIGER | P O Box 584 | MAGNOLIA | TX | 77353 | 873.33 |
| Check | 10/13/2010 | 1417 | SHARON D. SLIGER | P O Box 584 | MAGNOLIA | TX | 77353 | 873.34 |
| Check | 10/27/2010 | 1419 | SHARON D. SLIGER | P O Box 584 | MAGNOLIA | TX | 77353 | 873.33 |
| Check | 11/10/2010 | 1420 | SHARON D. SLIGER | P O Box 584 | MAGNOLIA | TX | 77353 | 873.33 |
| Check | 11/24/2010 | 1421 | SHARON D. SLIGER | P O Box 584 | MAGNOLIA | TX | 77353 | 873.33 |
| | | | SHARON D. SLIGER Total | | | | | 6,156.33 |
| Check | 11/01/2010 | 1500 | Sherry West | | | | | 1,000.00 |

# Crown Ranch Development, Ltd.

## All payments made within 90 days totaling $600 or more.

| Type | Date | Num | Name | Name Street1 | Name City | State | Zip | Payment |
|------|------|-----|------|--------------|-----------|-------|-----|---------|
| | | | **Sherry West Total** | | | | | 1,000.00 |
| Bill Pmt -Check | 09/17/2010 | 2720 | TRUST FINANCIAL | 13300 OLD BLANCO RD, STE 321 | SAN ANTONIO | TX | 78216 | 29,325.00 |
| | | | **TRUST FINANCIAL Total** | | | | | 29,325.00 |
| Bill Pmt -Check | 09/17/2010 | 2722 | WOODFOREST NATIONAL BANK | PO BOX 790408 | ST. LOUIS | MO | 63179-0408 | 4,386.34 |
| Bill Pmt -Check | 10/15/2010 | 2731 | WOODFOREST NATIONAL BANK | PO BOX 790408 | ST. LOUIS | MO | 63179-0408 | 5,440.11 |
| | | | **WOODFOREST NATIONAL BANK Total** | | | | | 9,826.45 |
| | | | **Grand Total** | | | | | 313,992.15 |

| Name | Name Address | Date | Amount Paid | Balance Still Owed |
|---|---|---|---|---|
| FIRST BANK & TRUST-941 | P O Box 151510 Lufkin, TX 75915 | 11/30/2010 | (309.66) | 0.00 |
| KALL8 | 417 2ND AVENUE WEST SEATTLE, WA 98119 | 12/03/2010 | (30.38) | 0.00 |
| AMERICAN EXPRESS | P.O. BOX 650448 DALLAS, TEXAS 752650448 | 12/03/2010 | (7.95) | 0.00 |
| FEDERAL EXPRESS | PO BOX 660481 DALLAS, TEXAS 75266-0481 | 12/08/2010 | (49.10) | 0.00 |
| WOODFOREST NATIONAL BANK | PO BOX 790408 ST. LOUIS, MO 63179-0408 | 12/20/2010 | (4,028.48) | 13,436.71 |
| IMPERIAL CREDIT CORPORATION | PO BOX 200455 DALLAS, TX 75320-0455 | 12/20/2010 | (846.86) | 0.00 |
| Davis Insurance Agency, Inc. | P. O. Box 152620 Lufkin, TX 75915-2620 | 12/20/2010 | (584.00) | 0.00 |
| CITY OF MAGNOLIA | 18111 Buddy Riley Blvd Magnolia, TX 77354 | 12/20/2010 | (40.00) | 0.00 |
| Reliant Energy | P. O. Box 650475 DALLAS, TX 75265-0475 | 12/20/2010 | (16.57) | 0.00 |
| Waste Management | Conroe P.O. Box 660585 Dallas, TX 75266-0585 | 12/20/2010 | (36.70) | 0.00 |
| Consolidated Communications | PO Box 66523 Saint Louis, MO 63166-6523 | 12/20/2010 | (84.83) | 0.00 |
| ENTERGY | P O BOX 8104 BATON ROUGE, LA 70891-8104 | 12/20/2010 | (491.21) | 0.00 |
| FIRST BANK & TRUST-941 | P O Box 151510 Lufkin, TX 75915 | 12/29/2010 | (309.66) | 0.00 |
| FIRST BANK & TRUST-941 | P O Box 151510 Lufkin, TX 75915 | 12/29/2010 | (309.65) | 0.00 |
| TRUST FINANCIAL | 13300 OLD BLANCO RD SUITE 321 SAN ANTONIO, TEXAS 78216 | 12/29/2010 | (322,290.79) | 0.00 |
| Mid South Synergy | PO Box 970 Navasota, TX 77868 | 01/04/2011 | (1,000.00) | 107,321.12 |
| Hirsch & Westheimer PC | 700 Louisiana, 25th Floor Houston, TX 77002-2729 | 01/05/2011 | (10,000.00) | 0.00 |
| Jim Corkill | PO Box 7974 The Woodlands, Texas 77387-7974 | 01/07/2011 | (700.00) | 700.00 |
| FIRST BANK & TRUST-941 | P O Box 151510 Lufkin, TX 75915 | 01/12/2011 | (302.54) | 0.00 |
| DATA LINK | PO BOX 3578 CONROE, TEXAS 77305 | 01/12/2011 | (54.43) | 27.83 |
| ENTERGY | P O BOX 8104 BATON ROUGE, LA 70891-8104 | 01/17/2011 | (616.62) | 10,000.00 |
| IMPERIAL CREDIT CORPORATION | PO BOX 200455 DALLAS, TX 75320-0455 | 01/17/2011 | (846.86) | 0.00 |
| Reliant Energy | P. O. Box 650475 DALLAS, TX 75265-0475 | 01/17/2011 | (16.17) | 0.00 |
| WOODFOREST NATIONAL BANK | PO BOX 790408 ST. LOUIS, MO 63179-0408 | 01/17/2011 | (256.00) | 13,436.71 |
| CITY OF MAGNOLIA | 18111 Buddy Riley Blvd Magnolia, TX 77354 | 01/18/2011 | (216.40) | 0.00 |
| Consolidated Communications | PO Box 66523 Saint Louis, MO 63166-6523 | 01/25/2011 | (80.37) | 0.00 |
| FIRST BANK & TRUST-941 | P O Box 151510 Lufkin, TX 75915 | 01/26/2011 | (302.54) | 0.00 |
| TEXAS TIMBERJACK, INC | 6004 S First Street Lufkin, TX 75901 | 02/02/2011 | (150.00) | 0.00 |
| Waste Management | Conroe P.O. Box 660585 Dallas, TX 75266-0585 | 02/07/2011 | (71.28) | 0.00 |

EXHIBIT

3B

tabbies

| | | | | |
|---|---|---|---|---|
| ENTERGY | P O BOX 8104 BATON ROUGE, LA 70891-8104 | 02/07/2011 | (652.25) | 10,000.00 |
| Lone Star Ground Water District | P. O. Box 2467 Conroe, TX 77305 | 02/09/2011 | (115.00) | 600.00 |
| FIRST BANK & TRUST-941 | P O Box 151510 Lufkin, TX 75915 | 02/10/2011 | (302.54) | 0.00 |
| ZELESKEY LAW FIRM | PO DRAWER 1728 1616 S. CHESTNUT LUFKIN, TX 75901 | 02/14/2011 | (9,995.93) | 0.00 |
| | | | | |

# Crown Ranch Development, Ltd.
## Payments made within one year to inside creditors

| Date | Ck Num | Name | Address | Relationship to Debtor | Original Amount |
|---|---|---|---|---|---|
| 12/01/2009 | 2400 | ESTES REFINERIES LLC. | P O Box 1502 Magnolia, TX 77353 | Owned by son of Harold Estes | 10,000.00 |
| 01/01/2010 | 2421 | ESTES REFINERIES LLC. | P O Box 1502 Magnolia, TX 77353 | Owned by son of Harold Estes | 10,000.00 |
| 02/16/2010 | 2473 | ESTES REFINERIES LLC. | P O Box 1502 Magnolia, TX 77353 | Owned by son of Harold Estes | 5,000.00 |
| 03/04/2010 | 2481 | ESTES REFINERIES LLC. | P O Box 1502 Magnolia, TX 77353 | Owned by son of Harold Estes | 5,000.00 |
| 03/30/2010 | 2519 | ESTES REFINERIES LLC. | P O Box 1502 Magnolia, TX 77353 | Owned by son of Harold Estes | 5,000.00 |
| 05/07/2010 | 2574 | ESTES REFINERIES LLC. | P O Box 1502 Magnolia, TX 77353 | Owned by son of Harold Estes | 5,000.00 |
| 06/09/2010 | 2614 | ESTES REFINERIES LLC. | P O Box 1502 Magnolia, TX 77353 | Owned by son of Harold Estes | 5,000.00 |
| 07/08/2010 | 2647 | ESTES REFINERIES LLC. | P O Box 1502 Magnolia, TX 77353 | Owned by son of Harold Estes | 5,000.00 |
| 08/06/2010 | 2666 | ESTES REFINERIES LLC. | P O Box 1502 Magnolia, TX 77353 | Owned by son of Harold Estes | 5,000.00 |
| 09/16/2010 | 2711 | ESTES REFINERIES LLC. | P O Box 1502 Magnolia, TX 77353 | Owned by son of Harold Estes | 5,000.00 |
| | | ESTES REFINERIES LLC. Total | | | 60,000.00 |
| 12/01/2009 | 2401 | M&E ENTERPRISES, INC | 9734 Clubhouse Circle Magnolia, TX 77354 | Owned by nephew of Harold Estes | 20,833.33 |
| 01/01/2010 | 2422 | M&E ENTERPRISES, INC | 9735 Clubhouse Circle Magnolia, TX 77354 | Owned by nephew of Harold Estes | 20,833.33 |
| 02/16/2010 | 2474 | M&E ENTERPRISES, INC | 9736 Clubhouse Circle Magnolia, TX 77354 | Owned by nephew of Harold Estes | 10,000.00 |
| 03/04/2010 | 2484 | M&E ENTERPRISES, INC | 9737 Clubhouse Circle Magnolia, TX 77354 | Owned by nephew of Harold Estes | 10,000.00 |
| 04/01/2010 | 2522 | M&E ENTERPRISES, INC | 9738 Clubhouse Circle Magnolia, TX 77354 | Owned by nephew of Harold Estes | 10,000.00 |
| 04/30/2010 | 2561 | M&E ENTERPRISES, INC | 9739 Clubhouse Circle Magnolia, TX 77354 | Owned by nephew of Harold Estes | 10,000.00 |
| 06/09/2010 | 2617 | M&E ENTERPRISES, INC | 9740 Clubhouse Circle Magnolia, TX 77354 | Owned by nephew of Harold Estes | 20,833.33 |
| 07/08/2010 | 2654 | M&E ENTERPRISES, INC | 9741 Clubhouse Circle Magnolia, TX 77354 | Owned by nephew of Harold Estes | 20,833.33 |
| 08/06/2010 | 2667 | M&E ENTERPRISES, INC | 9742 Clubhouse Circle Magnolia, TX 77354 | Owned by nephew of Harold Estes | 20,833.33 |
| 09/16/2010 | 2712 | M&E ENTERPRISES, INC | 9743 Clubhouse Circle Magnolia, TX 77354 | Owned by nephew of Harold Estes | 20,833.33 |
| | | M&E ENTERPRISES, INC Total | | | 164,999.98 |
| | | Grand Total | | | 224,999.98 |



tabbies

EXHIBIT

3C

### 3. Payments to creditors

None  ■   *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None  ☐     b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **see attached** | | **$313,992.15** | **$0.00** |

None  ☐     c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **See attached** | | **$224,999.98** | **$0.00** |
| **1486 Development, Ltd.**<br>**6004 S. First Street**<br>**Lufkin, TX 75901** | **April 30, 2010** | **$1,568,840.82** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None  ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Cause No. CV-43359-10-08, Crown Ranch Development, Ltd., Harold Estes Family Partnership, Ltd., 1486 Development Company, Ltd., Harold Estes, individually, vs David Cromwell** | **Civil (Dec Action)** | **159th Judicial District, Angelina County, Texas, this lawsuit has been transferred from Angelina County to Montgomery County, Texas pursuant to a Motion to Transfer Venue** | **Pending** |
| **Cause No. 10-09-0907-CV, David Cromwell vs Harold Estes, Harold Estes Family Partnership, Ltd., Estex Inc., Estes GP, LLC, 1486 Development Company, Ltd., and Estes Refineries** | **Civil (fraudulent transfer)** | **284th Judicial District of Montgomery County, Texas** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Cause No. 31892, Mitchael B. Page and Brenda Z. Page vs Crown Ranch Development, Ltd. Estex, Inc., Harold L. Estes, Eric L. Estes, Michael Weingrad, John R. Conine, Landstar Realty Advisors, Inc. Woodcreek Development Company and J. Troy Maxwell** | Contract (lot purchase) | **12th Judicial District of Grimes County, Texas** | Pending |
| **Cause No. 09-1-00458-CV - Crown Ranch Development, Ltd. and Affiliated Crown Developments, Ltd., vs David Cromwell,** | Civil - appeal | 9th Court of Appeals - appeal of 08-03-02622-CV, David Cromwell vs Harold Estes, et al | Pending |
| **Cause No. 08-03-02622-CV - David Cromwell vs Harold Estes, et al.** | Civil | 284th Judicial District of Montgomery County, Texas | Judgment (later appealed) |
| **D-1-GN-09-001321, The Broussard Group, Inc. d/b/a TBG Partners vs. Crown Ranch Development, Ltd.** | Contract | 261st Judicial District of Travis County, Texas | Pending |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **David Cromwell 6333 Chimney Rock, Apt. 122 Houston, TX 77081** | **Date of Judgment July 21, 2010** | **Real Property of Debtor via abstract of judgment** |
| **Conroe Concrete, Ltd. P.O. Box 3159 Conroe, TX 77305** | | **Notice of M&M lien in the amount of $37,914.00** |
| **Maverick Contractors, Inc. P.O. Box 238 Columbus, TX 78934** | | **Notice of M&M lien in the amount of $407,296.50** |
| **JTI Construction Inc. PO Box 24790 Houston, TX 77229** | | **Notice of M&M lien in the amount of $363,142.97** |

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

| None ■ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) | | | |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

| None ■ | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

| None ■ | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

| None ☐ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case. |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Hirsch & Westheimer, P.C. 700 Louisiana, Suite 2550 Houston, TX 77002** | **January 2011** | **$10,000.00** |

### 10. Other transfers

| None ☐ | a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Harold Estes 505 Hickory Hollow Lufkin, TX 75904** | | **See Schedule A - Real Property** |

| None ■ | b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary. |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

**None**
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

**None**
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

**None**
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

### 18 . Nature, location and name of business

**None**
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

**None**
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Alice Tomasko**<br>**1805 Juniper Lane**<br>**Lufkin, TX 75904** | **Two years prior to filing - 3/13/09** |
| **Theresa Richey**<br>**407 Whitehouse**<br>**Lufkin, TX 75901** | **3/13/09 - 10/18/10** |
| **Trish Inselmann**<br>**1806 Columbine**<br>**Lufkin, TX 75904** | **Entire two year period prior to filing** |
| **Hayley Kendrick**<br>**3744 FM 326**<br>**Lufkin, TX 75901** | **10/18/10 - present** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

8

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Estex, Inc.<br>6004 South First Street<br>Lufkin, TX 75901 | General Partner | 10% |
| Harold L. Estes<br>505 Hickory Hollow<br>Lufkin, TX 75904 | Limited Partner | 80% |
| Eric L. Estes<br>P.O. Box 1502<br>Magnolia, TX 77353 | Lmited Partner | 10% |

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| See Attached | | |

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

Crown Ranch Development, Ltd.
Withdrawals from Partnership


EXHIBIT
23 A

| Name, relationship to debtor & address | Date & Purpose of Withdrawal | Description & Value of Property |
|---|---|---|
| Estex, Inc.<br>General Partner<br>6004 South First Street<br>Lufkin, TX 75901 | 4/30/10, transfer of property to 1486 Development, Ltd. | Sections I-VI Crown Ranch<br>74,775.71 |
| | 9/30/10, transfer of improvements to 1486 Development, Ltd. | Improvements to Sections I-VI Crown Ranch<br>32,780.52 |
| Total Transfers to Partner during past year | | 107,556.23 |
| Harold Estes<br>Limited Partner<br>505 Hickory Hollow<br>Lufkin, TX 75904 | 4/30/10, transfer of property to 1486 Development, Ltd. | Sections I-VI Crown Ranch<br>598,205.62 |
| | 9/30/10, transfer of improvements to 1486 Development, Ltd. | Improvements to Sections I-VI Crown Ranch<br>262,244.18 |
| Total Transfers to Partner during past year | | 860,449.80 |
| Eric Estes<br>Limited Partner<br>P O Box 1502<br>Magnolia, TX 77353 | 4/30/10, transfer of property to 1486 Development, Ltd. | Sections I-VI Crown Ranch<br>74,775.70 |
| | 9/30/10, transfer of improvements to 1486 Development, Ltd. | Improvements to Sections I-VI Crown Ranch<br>32,780.53 |
| Total Transfers to Partner during past year | | 107,556.23 |
| Total Transfers to Partners during past year | | 1,075,562.26 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____    Signature _____

Harold L. Estes
President of Estex, Inc., General Partner of Debtor

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of Texas-Lufkin Division

In re    **Crown Ranch Development, Ltd.**

                         Debtor

Case No._____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of Estex, Inc., General Partner of Debtor of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____

Signature_____

                                   **Harold L. Estes**

                                   **President of Estex, Inc., General Partner of Debtor**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

In re    **Crown Ranch Development, Ltd.**               ,       Case No. _____

                                            Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of Estex, Inc., General Partner of Debtor of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____          Signature _____

                                               Harold L. Estes

                                              **President of Estex, Inc., General Partner of Debtor**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Texas-Lufkin Division

In re  <u>Crown Ranch Development, Ltd.</u>

Debtor(s)

Case No. <u>            </u>

Chapter  <u>11</u>

# VERIFICATION OF CREDITOR MATRIX

I, the President of Estex, Inc., General Partner of Debtor of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: <u>                </u>

Harold L. Estes/President of Estex, Inc., General Partner of Debtor

Signer/Title

1486 Development Co. Ltd.
6004 S. First Street
Lufkin, TX 75901


Affiliated Crown Developments, Ltd.
dba Crown Oak
6004 S. First Street
Lufkin, TX 75901


Affiliated Crown Equipment LLC
6004 S. First Street
Lufkin, TX 75901


Airbrush Images
851 N. FM 3083 E
Conroe, TX 77303


Axley & Rode, LLP
PO Box 1388
Lufkin, TX 75902


Bobby W. Holder
PO Box 143
Dobbin, TX 77333


C.W. Strickland
1390 South FM 1486 Road
Montgomery, TX 77316


Cassels & Reynolds
P.O. Box 1626
Lufkin, TX 75902

CBS Outdoor
PO Box 33074
Newark, NJ 07188


Comcast Spotlight, Inc.
PO Box 840520
Dallas, TX 75284


Conroe Concrete, Ltd.
PO Box 3159
Conroe, TX 77305


Consumer Gas Company
9750 FM 1488
Magnolia, TX 77354


Consumer Gas Company, Inc. and
1486 Gas Pipeline, LLC
9750 FM 1488
Magnolia, TX 77354


Corkill, Jim
PO Box 7974
Spring, TX 77387


Crown Ranch Property Owners Association
c/o Association Management, Inc.
5295 Hollister
Houston, TX 77040


Crown Ranch Property Owners' Association
c/o Real Manage
11777 Katy Frwy, No. 441
Houston, TX 77079

Data Link
PO Box 3578
Conroe, TX 77305


Datalink
P.O. Box 3578
Conroe, TX 77305


David Cromwell
6333 Chimney Rock, Apt. 122
Houston, TX 77081


Doug Townsend
24855 Ben Smith Road
Montgomery, TX 77316


Entergy
PO Box 8104
Baton Rouge, LA 70891


Entergy Texas, Inc.
PO Box 8104
Baton Rouge, LA 70891


Eric L. Estes
PO Box 1502
Magnolia, TX 77354


Estes GP, LLC
6004 S. First Street
Lufkin, TX 75901

Estes Refineries LLC
PO Box 1502
Magnolia, TX 77353


Estex, Inc.
6004 S. US Hwy 59
Lufkin, TX 75901


Farm Plan
P.O. Box 650215
Dallas, TX 75265


Federal Express
P.O. Box 660481
Dallas, TX 75266


First Bank & Trust East Texas
P.O. Box 151510
Lufkin, TX 75915


Gravity Digital
12603 Hwy 105 West, Suite 204
Conroe, TX 77304


Greenstone Landscape
PO Box 669
Magnolia, TX 77353


Greenstone Landscaping, Inc.
PO Box 669
Magnolia, TX 77353

Grimes County Appraisal District
P.O. Box 489
Anderson, TX 77830


Harold Estes
505 Hickory Hollow
Lufkin, TX 75904


Harold Estes Family Partnership
6004 South First
Lufkin, TX 75901-8558


Harold L. Estes
505 Hickory Hollow
Lufkin, TX 75904


Hoffart, Frank
PO Box 55
Dobbin, TX 77333


Holder, Bobby
PO Box 143
Dobbin, TX 77333


Imperial Credit Corporation
PO Box 200455
Dallas, TX 75320


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

J. Troy Maxwell
16360 Park Ten Place, Suite 250
Houston, TX 77084


Jeff McDaniel's
15101 Alchester Lane
Plantersville, TX 77363


Jim Corkill
P.O. Box 7974
The Woodlands, TX 77387


John Gannon, Inc.
525 Park Grove
Katy, TX 77450


John R Conine
24 Waterway Avenue, Suite 1100
Spring, TX 77380


JTI Construction Inc.
P.O. Box 24790
Houston, TX 77229


Kane Russell Coleman and Logan
1601 Elm Street, Suite 3700
Dallas, TX 75201


Lamar Companies
P.O. Box 96030
Baton Rouge, LA 70896

Landstar Realty Advisors, Inc.
c/o J Troy Maxwell
16360 Park Ten Place, Suite 250
Houston, TX 77084


Law Offices of Robert Flournoy
118 S. Second St.
Lufkin, TX 75901


Lawn Ranger Co., Inc.
P.O. Box 9809
The Woodlands, TX 77387


Lone Star Testing Laboratories
PO Box 820125
Houston, TX 77282


Lonestar Testing Laboratories
P.O. Box 820125
Houston, TX 77282


M&E Enterprises, Inc.
9734 Clubhouse Cir.
Magnolia, TX 77354


Maverick Contractors
PO Box 238
Columbus, TX 78934


Maverick Contractors, Inc.
P.O. Box 78934
Columbus, TX 78934

Michael Martin
P.O. Box 365
Dobbin, TX 77333


Michael Weingrad
9734 Clubhouse Circle
Magnolia, TX 77354


Moltz, Morton & O'Toole
106 E. 6th Street, Suite 700
Austin, TX 78701


Montgomery County Appraisal District
P.O. Box 4798
Houston, TX 77210


Moyer Surveying
3706 W. Davis St.
Conroe, TX 77304


MSEC Enterprises, Inc.
PO Box 970
Navasota, TX 77868


O'Day Drilling Company Inc
5923 CR 931
Rosharon, TX 77583


O'Day Drilling Company Inc.
5923 CR 931
Rosharon, TX 77583

Page, Mitchael and Brenda
908 Dorothy Street
Houston, TX 77008


Pitney Bowes
PO Box 856390
Louisville, KY 40285


pLANDesign LLC
PO Box 2413
Round Rock, TX 78680


pLANDesign, LLC
PO Box 2413
Round Rock, TX 78680


Reliant Energy
PO Box 650475
Dallas, TX 75265


Rocky Acres
7805 S. FM 1486
Montgomery, TX 77316


Signad, Inc
PO Box 8626
Houston, TX 77249


Signad, Inc.
PO Box 8626
Houston, TX 77249

The Broussard Group, Inc. dba TBG Partne
3050 Post Oak Blvd., Suite 1100
Houston, TX 77058


Todd Mission Corner, LLC
6004 S. First Street
Lufkin, TX 75901


Townsend, Doug
24855 Ben Smith Road
Montgomery, TX 77316


Trust Financial
13300 Old Blanco Road, Suite 321
San Antonio, TX 78216


United States Attorney's Office
350 Magnolia Avenue, Suite 150
Beaumont, TX 77701


Woodcreek Development Co.
16360 Park Ten Place, No. 250
Houston, TX 77084


Woodcreek Development Company
16360 Park Ten Place, Suite 250
Houston, TX 77084


Woodforest National Bank
P.O. Box 790408
Saint Louis, MO 63179